| | |
|---|---|
| TRACIE WARD AND RICHARD WARD : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2018-2002, DIV. D        : | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC.   : <br> d/b/a L'AUBERGE LAKE CHARLES | STATE OF LOUISIANA |
| FILED: _____  : | _____ <br> DEPUTY CLERK |

## INTERROGATORIES

TO:  TRACIE WARD
     Through her attorney of record,
     Jackson Brown
     3102 Enterprise Blvd.
     Lake Charles, LA. 70601

NOW INTO COURT, through undersigned counsel, comes defendant, PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES and propounds the following interrogatories to plaintiff, TRACIE WARD, under the provisions of Article 1457 of the Louisiana Code of Civil Procedure.  These interrogatories are to be answered separately and fully in writing, under oath, and are to be signed by the person making them (not by counsel) and served upon the attorney of record for the defendants within thirty (30) days of service of said interrogatories.

These interrogatories are to be answered in accordance with the following definitions and instructions, and these definitions and instructions are hereby incorporated into each of said interrogatories as fully as if contained therein in extenso.

## DIRECTIONS AND INSTRUCTIONS

(A)  "Document" means any printed, typewritten or handwritten matter of whatever character or the physical expression of any means of storage of information and includes, without limitation, any correspondence, memorandum, agreement, letter, hand or typewritten note, photograph, intercompany and intracompany communication, or any other item of a similar nature, whether an original or copy.

(B)  To identify a document means to state with respect thereto the following:

    1)  The full name of the person who prepared it and his/her last known address;

    2)  The full name of the person who signed it or over whose name it was issued, and his/her last known address;

    3)  The full name of each person to whom it was addressed or distributed and his/her last known address;



4) The nature and substance of the document, with sufficient particularity to enable it to be specified;

5) Its date, or if it bears no date, the date or approximate date it was prepared;

6) Its physical location and the name and address of its custodian; and

7) Whether the document was prepared and maintained in the normal course of business.

It is not necessary to identify, as instructed above, any document actually produced to counsel for defendant, so long as the document produced is clearly identified as being responsive to the particular identification requested.

(C)     To identify a person or entity means to state with respect to each such person or entity:

1) His, her, or its name, address and phone number;

2) By whom he or she is presently employed;

3) His, her or its capacity at the time relevant to your response.

(D)     "You" and "Your" refers to plaintiff TRACIE WARD and includes any employee, representative, attorney, or any other person acting or purporting to act on behalf of plaintiff.

The answers to the foregoing interrogatories should be sworn to and subscribed by the plaintiff, TRACIE WARD, herein in accordance with the provisions of the Louisiana Code of Civil Procedure.

## INTERROGATORY NO. 1

Please state your full name, address, Social Security number, date of birth, driver's license number and where issued, your spouse's name and your spouse's Social Security number.

## INTERROGATORY NO. 2

Please identify by name, current address and telephone number all individuals who were with you on July 1, 2017 while on the premises of L'Auberge Casino.

## INTERROGATORY NO. 3

Please describe in your own words how the alleged incident, which is the basis of this suit, occurred and state specifically and in detail what the claim or contention of the Plaintiff will be.

## INTERROGATORY NO. 4

Describe all of your activities during the two hours immediately preceding the accident.  As to each witness to any of these activities, state his or her name, address, and telephone number (if the

name, address, or telephone number is not available, give a description by which such person can be located).

**INTERROGATORY NO. 5**

Please state the nature and extent of any injuries that you allege you sustained as a result of the accident in question, and state fully and completely all parts of your body that you allege were injured.

**INTERROGATORY NO. 6**

With regard to any injuries or illnesses identified in the immediately preceding Interrogatory, please state the name, address, telephone number of all health care providers that provided medical services to you for said injuries or illnesses.

**INTERROGATORY NO. 7**

As to each health care provider who has treated you since the accident in question for injuries identified in your answer to interrogatory no. 5 above, please state:

    (a) The name of such person,

    (b) The specialty or field of expertise,

    (c) The condition or injury that was treated by such person,

    (d) The nature of the treatment rendered, and

    (e) The amount of his or her bill.

**INTERROGATORY NO. 8**

Have you been hospitalized on or after the date of this accident?  If so, please state:

    (a) The name and address of the treating facility,

    (b) The dates of admission and discharge of each hospitalization, and

    (c) The condition or injuries for which you were hospitalized.

**INTERROGATORY NO. 9**

Has any health care provider told you that you will require any surgery in the future or that you will have any permanent disability, impairment, or limitations on your activities in the future?  If so, please describe and state who informed you of such and the date when the statement was made.

**INTERROGATORY NO. 10**

State the date or approximate date you recovered from your injuries.

**INTERROGATORY NO. 11**

If you have been involved in any other accidents, either before or after the one made the basis of this suit, including automobile accidents, on-the-job accidents, industrial accidents, home accidents, a slip-and-fall accident, or any other type of accident, please state when and where such accident took place, the general nature of such accident, and whether you received any injury or medical treatment as a result.

**INTERROGATORY NO. 12**

Please identify any illnesses or injuries to you requiring treatment or examination by a health care provider within a five year period of the time preceding the incident made the basis of this lawsuit.

**INTERROGATORY NO. 13**

With reference to each health care provider who has rendered medical treatment to you during the past five years immediately preceding the date of this accident, please state:

    (a) The name and address of the doctor;

    (b) The dates of each visit, examination, or treatment, and

    (c) The nature of the complaint.

**INTERROGATORY NO. 14**

Please state whether you have been hospitalized in the past five years preceding the date of this accident, and if so, for each admission please state the following:

    (a) The date of admission or discharge,

    (b) The name of the hospital facility and the nature of the treatment received.

**INTERROGATORY NO. 15**

Please itemize each expense incurred by you as a result of the incident made the basis of this lawsuit, including any medical costs, medication costs, or other monetary costs, including any loss of income that is alleged to have been suffered by you.

**INTERROGATORY NO. 16**

If you have sustained any injuries or illness subsequent to the incident made the basis of this lawsuit, please identify the same and state the name, address, and telephone number of every practitioner of the medical arts or health care provider that has provided medical services for said injuries or illnesses.

**INTERROGATORY NO. 17**

State the names and addresses of all pharmacies where you purchased prescriptions in the last five years.

**INTERROGATORY NO. 18**

If you claim to have lost any time from work as a result of the occurrence in question, please state the date or dates when time was lost, the specific reason for such lost time, and how much salary or income was lost on each occasion.

**INTERROGATORY NO. 19**

If you allege or believe that you have sustained, either in the past or future, a loss of earnings or income capacity as a result of the incident made the basis of this lawsuit, please identify:

(a) The name and address of all your employers from the five year period immediately preceding the incident made the basis of this lawsuit to the present time (if self-employed, please describe such employment),

(b) The beginning and ending dates of all employment identified above,

(c) A description of your job duties and responsibilities,

(d) Your earnings for each period of employment, and your reasons for leaving each employment.

**INTERROGATORY NO. 20**

Please state whether you have returned to work since the date of the alleged accident, and if so, please state the name and address of your employer or employers, the nature of your duties and your rate of pay for each employer, and the period of time of each employment.

**INTERROGATORY NO. 21**

If you or a person on your behalf has ever filed or presented a demand, claim, or lawsuit against any person, firm, or corporation or other entity to recover damages as a result of personal injuries sustained by any person, please identify fully each said claim or lawsuit (including but not limited to claim number, person against whom the claim or lawsuit was filed, the full style of any lawsuit and the status or resolution of said claim or lawsuit).

**INTERROGATORY NO. 22**

With regard to the claims asserted for damages, please itemize each element of damages for which you are suing, and state in dollars and cents the amount of money you are suing for each.

**INTERROGATORY NO. 23**

State the date, place, and cause for any felony convictions you have had within the last ten years.

**INTERROGATORY NO. 24**

State the name, address, and telephone number (if the name, address, or telephone number is not available, give a description by which such person can be located) of each and every witness to the accident known to you or your attorney, and each and every person who may have appeared at the scene of the accident after it occurred.

**INTERROGATORY NO. 25**

Please identify each and every recorded statement you have taken from any witness or parties.

**INTERROGATORY NO. 26**

Please identify any person, both lay witnesses and experts, who are expected to be called to testify at trial by stating the name, address, and telephone number of each person and the expected substance of each person's testimony.

**INTERROGATORY NO. 27**

To the extent not stated in your answer to any of the interrogatories, please identify each act or omission that you contend establish liability against Defendants in this case.

The answers to the above and foregoing interrogatories should be sworn to and subscribed by the plaintiff herein in accordance with the Louisiana Code of Civil Procedure.

Respectfully submitted,

PLAUCHÉ, SMITH & NIESET, L.L.C.

BY: _____
THOMAS J. SOLARI (#19158)
1123 Pithon St.
Lake Charles, LA  70601
Telephone: (337) 436-0522
Facsimile: (337) 436-9637

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, on this 22 day of August, 2018.

_____
THOMAS J. SOLARI

| | |
|---|---|
| TRACIE WARD AND RICHARD WARD : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2018-2002, DIV. D　　　　: | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC.　: | STATE OF LOUISIANA |
| d/b/a L'AUBERGE LAKE CHARLES | |
| FILED: _____　:  | _____ |
| | DEPUTY CLERK |

## REQUEST FOR PRODUCTION OF DOCUMENTS

TO:　TRACIE WARD
　　　Through her attorney of record,
　　　Jackson Brown
　　　3102 Enterprise Blvd.
　　　Lake Charles, LA. 70601

NOW INTO COURT, through undersigned counsel, comes PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES, defendant herein, who pursuant to Code of Civil Procedure Article 1461, requests that TRACIE WARD, plaintiff herein, produce and permit the copying of the following described documents within thirty (30) days from the date of service of said request at the offices of Plauche, Smith & Nieset, LLC, 1123 Pithon Street, Lake Charles, Louisiana 70601.

## REQUEST NO. 1

Copies of all medical reports, dental reports, hospital, dentist and physician records, nurses' notes and itemized statements of each medical person or chiropractor who has examined you or treated you in connection with injuries you are claiming in the subject accident.

## REQUEST NO. 2

Copies of any and all medical bills, dental bills, invoices for prescription medicines and non-prescription medicines which you have received, paid or which were paid on your behalf in connection with the treatment of the injuries you are claiming in the subject litigation.

## REQUEST NO. 3

Copies of statements from any and all witnesses taken by anyone in connection with this matter.

## REQUEST NO. 4

Copies of any and all accident reports that may be in your possession.

## REQUEST NO. 5

A photocopy of your driver's license.

**REQUEST NO.6**

A copy of any and all expert reports which have been obtained from any expert who may testify in this cause.

**REQUEST NO. 7**

A signed medical authorization form authorizing release of all medical records to defendants, said authorization is enclosed for your signature and return to undersigned counsel.

**REQUEST NO. 8**

A signed employment authorization form authorizing release of all employment records to defendants, said authorization is enclosed for your signature and return to undersigned counsel.

**REQUEST NO. 9**

A signed authorization form authorizing release of all social security/wage records to defendants, said authorization is enclosed for your signature and return to undersigned counsel.

**REQUEST NO. 10**

A signed authorization form authorizing release of all federal income tax records to defendants, said authorization is enclosed for your signature and return to undersigned counsel.

**REQUEST NO. 11**

A summary or index of all medical expenses incurred to date.

Respectfully submitted,

PLAUCHÉ, SMITH & NIESET, L.L.C.

BY: _____
    THOMAS J. SOLARI (#19158)
    1123 Pithon St.
    Lake Charles, LA 70601
    Telephone: (337) 436-0522
    Facsimile: (337) 436-9637

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, on this 22 day of August, 2018.

_____
THOMAS J. SOLARI