TRACIE WARD AND RICHARD WARD  :   14TH JUDICIAL DISTRICT COURT

VS. NO. 2018-2002, DIV. D  :   PARISH OF CALCASIEU

PINNACLE ENTERTAINMENT, INC.  :   STATE OF LOUISIANA
d/b/a L'AUBERGE LAKE CHARLES

FILED: _____  :

_____
DEPUTY CLERK

## PLAINTIFFS' ANSWERS TO INTERROGATORIES

TO:   PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES
Through attorney of record,
Thomas J. Solari
Plauché, Smith & Nieset, L.L.C.
1123 Pithon St.
Lake Charles, LA  70601

### INTERROGATORY NO. 1

Please state your full name, address, Social Security number, date of birth, driver's license number and where issued, your spouse's name and your spouse's Social Security number.

### ANSWER TO INTERROGATORY NO. 1

Tracie Lynn Ward, 3105 Buckeye Lane, Pearland, TX 77584, 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, July 1, 1967, TX 36141929, Richard Ward, objection spouse's SSN is irrelevant.

### INTERROGATORY NO. 2

Please identify by name, current address and telephone number all individuals who were with you on July 1, 2017 while on the premises of L'Auberge Casino.

### ANSWER TO INTERROGATORY NO. 2

Richard Ward, 3105 Buckeye Lane, Pearland, TX 77584

Henry and Jacqueline Blum, 8 Upper Way Lane, Houston, TX 77056, 713-963-8712.

### INTERROGATORY NO. 3

Please describe in your own words how the alleged incident, which is the basis of this suit, occurred and state specifically and in detail what the claim or contention of the Plaintiff will be.

### ANSWER TO INTERROGATORY NO. 3

The Petition for Damages is the best source of information.



**INTERROGATORY NO. 4**

Describe all of your activities during the two hours immediately preceding the accident.  As to each witness to any of these activities, state his or her name, address, and telephone number (if the name, address, or telephone number is not available, give a description by which such person can be located).

**ANSWER TO INTERROGATORY NO. 4**

In the two hours prior to the accident, Plaintiff and her husband checked into the hotel. They were assigned a handicap room.  After checking in, Plaintiffs met the Blums in the lobby. Jacqueline Blum and Tracie Ward decided to go next door to the Golden Nugget Casino.  They played a few slot machines at the Golden Nugget then returned to L'Auberge to meet up with their husbands and solidify dinner plans.  The Wards went to their hotel room to get ready for dinner.  Tracie Ward fixed her hair and make-up and got dressed while her husband showered. Tracie Ward was sitting on the hotel bed watching television when her husband asked her to bring him a towel.  She got off the bed and took two steps into the entry way of the bathroom when her foot hit water which caused her to slide and crash into the door frame of the bathroom and fall to the floor.

**INTERROGATORY NO. 5**

Please state the nature and extent of any injuries that you allege you sustained as a result of the accident in question, and state fully and completely all parts of your body that you allege were injured.

**ANSWER TO INTERROGATORY NO. 5**

Plaintiff's exact injuries and treatment will be listed in her medical records.  A copy of medical records in her possession are attached hereto.

**INTERROGATORY NO. 6**

With regard to any injuries or illnesses identified in the immediately preceding Interrogatory, please state the name, address, telephone number of all health care providers that provided medical services to you for said injuries or illnesses.

**ANSWER TO INTERROGATORY NO. 6**

Dr. Robert Burke
Fondren Orthopedic Group
10223 Broadway, Ste. A
Pearland, TX  77584
713-436-3488

Dr. Kelly Leblanc, Anesthesiologist
US Anesthesia Partners of TX
P.O. Box 660267
Dallas, TX 75266-0267
844-812-2541

Proactive Physical Therapy
10223 W. Broadway, Ste. B
Pearland, TX 77584
281-998-8067

Texas Orthopedic Hospital
7401 Main Street, 3rd Floor
Houston, TX 77030-4509

## INTERROGATORY NO. 7

As to each health care provider who has treated you since the accident in question for injuries identified in your answer to interrogatory no. 5 above, please state:

(a) The name of such person,

(b) The specialty or field of expertise,

(c) The condition or injury that was treated by such person,

(d) The nature of the treatment rendered, and

(e) The amount of his or her bill.

## ANSWER TO INTERROGATORY NO. 7

Plaintiff suffered a tear of the lateral meniscus which required surgical repair. The exact nature of her treatment along with her exact medical bills will be located in her medical records.

## INTERROGATORY NO. 8

Have you been hospitalized on or after the date of this accident? If so, please state:

(a) The name and address of the treating facility,

(b) The dates of admission and discharge of each hospitalization, and

(c) The condition or injuries for which you were hospitalized.

## ANSWER TO INTERROGATORY NO. 8

For injuries sustained in this incident:

Texas Orthopedic Hospital
7401 Main Street, 3rd Floor
Houston, TX 77030-4509

Plaintiff's medical records and bills will have her exact conditions and dates of service.

Plaintiff has not been hospitalized for any other reasons since the date of this incident.

**INTERROGATORY NO. 9**

Has any health care provider told you that you will require any surgery in the future or that you will have any permanent disability, impairment, or limitations on your activities in the future?  If so, please describe and state who informed you of such and the date when the statement was made.

**ANSWER TO INTERROGATORY NO. 9**

Plaintiff has already undergone surgery for her injuries.  It is unknown if she will need any additional surgeries.

**INTERROGATORY NO. 10**

State the date or approximate date you recovered from your injuries.

**ANSWER TO INTERROGATORY NO. 10**

Undetermined as Plaintiff is still under the care of her orthopedic physician and physical therapist.

**INTERROGATORY NO. 11**

If you have been involved in any other accidents, either before or after the one made the basis of this suit, including automobile accidents, on-the-job accidents, industrial accidents, home accidents, a slip-and-fall accident, or any other type of accident, please state when and where such accident took place, the general nature of such accident, and whether you received any injury or medical treatment as a result.

**ANSWER TO INTERROGATORY NO. 11**

Objection; prejudicial and irrelevant.  Subject to said objection and to best of Plaintiff's recollection, in 1982, Plaintiff was hit by a car and broke her clavicle bone.  She received treatment for her injury.  Plaintiff does not recall any other accidents or injuries.

**INTERROGATORY NO. 12**

Please identify any illnesses or injuries to you requiring treatment or examination by a health care provider within a five year period of the time preceding the incident made the basis of this lawsuit.

**ANSWER TO INTERROGATORY NO. 12**

Objection; prejudicial and irrelevant.  Subject to said objection and to best of Plaintiff's recollection, in November 2014, Plaintiff was hospitalized for one night due to a pinched nerve in her neck that required surgery.

**INTERROGATORY NO. 13**

With reference to each health care provider who has rendered medical treatment to you during the past five years immediately preceding the date of this accident, please state:

(a) The name and address of the doctor;

(b) The dates of each visit, examination, or treatment, and

(c) The nature of the complaint.

**ANSWER TO INTERROGATORY NO. 13**

Objection; prejudicial and irrelevant.  Subject to said objection and to best of Plaintiff's recollection:

Dr. Stuart Weil, 6624 Fannin St., Suite 2360, Houston, TX 77030;

Unable to recall the exact date of treatment.  To the best of Plaintiff's knowledge, November 2014.

Pinched nerve in neck.

**INTERROGATORY NO. 14**

Please state whether you have been hospitalized in the past five years preceding the date of this accident, and if so, for each admission please state the following:

(a) The date of admission or discharge,

(b) The name of the hospital facility and the nature of the treatment received.

**ANSWER TO INTERROGATORY NO. 14**

Objection; prejudicial and irrelevant.  Subject to said objection and to best of Plaintiff's recollection:

Unable to recall the exact date of treatment.  To the best of Plaintiff's knowledge, November 2014.

Foundation Hospital in Houston, TX; surgery for pinched nerve in neck.

**INTERROGATORY NO. 15**

Please itemize each expense incurred by you as a result of the incident made the basis of this lawsuit, including any medical costs, medication costs, or other monetary costs, including any loss of income that is alleged to have been suffered by you.

## ANSWER TO INTERROGATORY NO. 15

Undetermined at this time.  Plaintiff stipulates that her damages are not in excess of $75,000.00, exclusive of interest and costs.

## INTERROGATORY NO. 16

If you have sustained any injuries or illness subsequent to the incident made the basis of this lawsuit, please identify the same and state the name, address, and telephone number of every practitioner of the medical arts or health care provider that has provided medical services for said injuries or illnesses.

## ANSWER TO INTERROGATORY NO. 16

To the best of Plaintiff's knowledge, none.

## INTERROGATORY NO. 17

State the names and addresses of all pharmacies where you purchased prescriptions in the last five years.

## ANSWER TO INTERROGATORY NO. 17

Kroger, 8323 Broadway, Pearland, TX 77584.

## INTERROGATORY NO. 18

If you claim to have lost any time from work as a result of the occurrence in question, please state the date or dates when time was lost, the specific reason for such lost time, and how much salary or income was lost on each occasion.

## ANSWER TO INTERROGATORY NO. 18

To the best of Plaintiff's knowledge, she lost approximately two months of work due to this incident and the resulting injuries.  She was off work from August 25, 2017 to Mid-October 2017.  She worked 32-34 hours per week for $9.50 an hour plus commission.

## INTERROGATORY NO. 19

If you allege or believe that you have sustained, either in the past or future, a loss of earnings or income capacity as a result of the incident made the basis of this lawsuit, please identify:

(a) The name and address of all your employers from the five year period immediately preceding the incident made the basis of this lawsuit to the present time (if self-employed, please describe such employment),

(b) The beginning and ending dates of all employment identified above,

(c) A description of your job duties and responsibilities,

(d) Your earnings for each period of employment, and your reasons for leaving each employment.

**ANSWER TO INTERROGATORY NO. 19**

From September 1, 2016 to December 3, 2017, Plaintiff worked as a Fine Jewelry Consultant at Macy's, 11200 Broadway St. Suite 950, Pearland, TX 77584. She was paid $9.50 an hour plus commission. She was unable to continue her employment due to sales requiring her to stand on her feet all day and it was causing her too much knee pain.

**INTERROGATORY NO. 20**

Please state whether you have returned to work since the date of the alleged accident, and if so, please state the name and address of your employer or employers, the nature of your duties and your rate of pay for each employer, and the period of time of each employment.

**ANSWER TO INTERROGATORY NO. 20**

From September 1, 2016 to December 3, 2017, Plaintiff worked as a Fine Jewelry Consultant at Macy's, 11200 Broadway St. Suite 950, Pearland, TX 77584. She was paid $9.50 an hour plus commission. She was unable to continue her employment due to sales requiring her to stand on her feet all day and it was causing her too much knee pain.

From February 2018 to present, Plaintiff has been working as a Customer Service Representative at You Customize It, 8017 Fite Road, Pearland, TX 77584. She is currently making $13.00 an hour.

**INTERROGATORY NO. 21**

If you or a person on your behalf has ever filed or presented a demand, claim, or lawsuit against any person, firm, or corporation or other entity to recover damages as a result of personal injuries sustained by any person, please identify fully each said claim or lawsuit (including but not limited to claim number, person against whom the claim or lawsuit was filed, the full style of any lawsuit and the status or resolution of said claim or lawsuit).

**ANSWER TO INTERROGATORY NO. 21**

Objection, prejudicial and irrelevant. Subject to objection and to the best of her knowledge and recollection, Plaintiff's mother filed a claim for damages sustained to Plaintiff when she was hit by a car in 1982. Plaintiff was a minor at the time and does not recall any of the claim details.

## INTERROGATORY NO. 22

With regard to the claims asserted for damages, please itemize each element of damages for which you are suing, and state in dollars and cents the amount of money you are suing for each.

## ANSWER TO INTERROGATORY NO. 22

Undetermined at this time.  Plaintiff stipulates that her damages are not in excess of $75,000.00, exclusive of interest and costs.

## INTERROGATORY NO. 23

State the date, place, and cause for any felony convictions you have had within the last ten years.

## ANSWER TO INTERROGATORY NO. 23

Objection; prejudicial and irrelevant.  Subject to said objection, none.

## INTERROGATORY NO. 24

State the name, address, and telephone number (if the name, address, or telephone number is not available, give a description by which such person can be located) of each and every witness to the accident known to you or your attorney, and each and every person who may have appeared at the scene of the accident after it occurred.

## ANSWER TO INTERROGATORY NO. 24

Richard Ward, 3105 Buckeye Lane, Pearland, TX 77584;

Lead Security Officer, Milton Houy, was dispatched to Plaintiff's hotel room.

Security Officer, Ann Stevens, assisted Milton Houy.

## INTERROGATORY NO. 25

Please identify each and every recorded statement you have taken from any witness or parties.

## ANSWER TO INTERROGATORY NO. 25

None at this time.  Plaintiff reserves the right to supplement this response.

## INTERROGATORY NO. 26

Please identify any person, both lay witnesses and experts, who are expected to be called to testify at trial by stating the name, address, and telephone number of each person and the expected substance of each person's testimony.

## ANSWER TO INTERROGATORY NO. 26

Undetermined at this time.  Plaintiff's counsel will abide by all Court deadlines set concerning the exchanging of this information.

**INTERROGATORY NO. 27**

To the extent not stated in your answer to any of the interrogatories, please identify each act or omission that you contend establish liability against Defendants in this case.

**ANSWER TO INTERROGATORY NO. 27**

The Petition for Damages is the best source of information.

Respectfully Submitted,

**THE TOWNSLEY LAW FIRM, LLP**

JACKSON T. BROWN, (# 36397)
3102 Enterprise Blvd.
Lake Charles, Louisiana 70601
Telephone: 337-478-1400
Facsimile: 337-478-1577

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same via Certified/Return Receipt Mail, properly addressed and postage prepaid on this 7th day of November, 2018.

JACKSON T. BROWN

| | | |
|---|---|---|
| TRACIE WARD AND RICHARD WARD | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2018-2002, DIV. D | : | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC. d/b/a L'AUBERGE LAKE CHARLES | : | STATE OF LOUISIANA |
| FILED: _____ | : | _____ |
| | | DEPUTY CLERK |

## PLAINTIFF'S RESPONSES TO
## REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES
Through attorney of record,
Thomas J. Solari
Plauché, Smith & Nieset, L.L.C.
1123 Pithon St.
Lake Charles, LA  70601

**REQUEST NO. 1**

Copies of all medical reports, dental reports, hospital, dentist and physician records, nurses' notes and itemized statements of each medical person or chiropractor who has examined you or treated you in connection with injuries you are claiming in the subject accident.

**RESPONSE TO REQUEST NO. 1**

Attached are all medical records and bills in Plaintiff's possession.  Additional medical records and bills will be forwarded upon receipt.

**REQUEST NO. 2**

Copies of any and all medical bills, dental bills, invoices for prescription medicines and non-prescription medicines which you have received, paid or which were paid on your behalf in connection with the treatment of the injuries you are claiming in the subject litigation.

**RESPONSE TO REQUEST NO. 2**

Attached are all medical records and bills in Plaintiff's possession.  Additional medical records and bills will be forwarded upon receipt.

**REQUEST NO. 3**

Copies of statements from any and all witnesses taken by anyone in connection with this matter.

**RESPONSE TO REQUEST NO. 3**

None at this time.

**REQUEST NO. 4**

Copies of any and all accident reports that may be in your possession.

**RESPONSE TO REQUEST NO. 4**

Attached is a copy of the Incident Report provided by Defendant.

**REQUEST NO. 5**

A photocopy of your driver's license.

**RESPONSE TO REQUEST NO. 5**

Has been requested from Plaintiff and will be forwarded upon receipt.

**REQUEST NO.6**

A copy of any and all expert reports which have been obtained from any expert who may testify in this cause.

**RESPONSE TO REQUEST NO. 6**

Experts are undetermined at this time.   Plaintiff will abide by all deadlines set by the Court concerning the exchanging of this information.

**REQUEST NO. 7**

A signed medical authorization form authorizing release of all medical records to defendants, said authorization is enclosed for your signature and return to undersigned counsel.

**RESPONSE TO REQUEST NO. 7**

Attached is a signed Limited Medical Authorization.

**REQUEST NO. 8**

A signed employment authorization form authorizing release of all employment records to defendants, said authorization is enclosed for your signature and return to undersigned counsel.

**RESPONSE TO REQUEST NO. 8**

Same has been forwarded to Plaintiff for signature and will be provided to Defendant upon receipt.

**REQUEST NO. 9**

A signed authorization form authorizing release of all social security/wage records to defendants, said authorization is enclosed for your signature and return to undersigned counsel.

**RESPONSE TO REQUEST NO. 9**

Same has been forwarded to Plaintiff for signature and will be provided to Defendant upon receipt.

**REQUEST NO. 10**

A signed authorization form authorizing release of all federal income tax records to defendants, said authorization is enclosed for your signature and return to undersigned counsel.

**RESPONSE TO REQUEST NO. 10**

Same has been forwarded to Plaintiff for signature and will be provided to Defendant upon receipt.

**REQUEST NO. 11**

A summary or index of all medical expenses incurred to date.

**RESPONSE TO REQUEST NO. 11**

Attached are all medical bills in Plaintiff's possession at this time.  Additional medical bills will be provided upon receipt.

Respectfully Submitted,

**THE TOWNSLEY LAW FIRM, LLP**

_JACKSON T. BROWN, (# 36397)_
3102 Enterprise Blvd.
Lake Charles, Louisiana 70601
Telephone: 337-478-1400
Facsimile: 337-478-1577

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same via Certified/Return Receipt Mail, properly addressed and postage prepaid on this 7th day of November, 2018.

**JACKSON T. BROWN**

# Incident Report

**Incident Number:** SEC-2017-009612

**File Number:** 17I-1115

**Class/Category:** Medical/Accident\Injury

**Occurred From Date/Time:** 7/1/2017 8:40 PM

**Status:** Open

Incident Number:  SEC-2017-009612

Class/Category:  Medical/Accident/Injury

Status:  Open

# Incident Details

## Incident Details

| | |
|---|---|
| Incident Number: | SEC-2017-009612 |
| File Number: | 171-1113 |

| | |
|---|---|
| Reported Date/Time: | 7/1/2017 8:45 PM |
| Occurred From Date/Time: | 7/1/2017 8:40 PM |
| Occurred To Date/Time: | 7/1/2017 8:45 PM |
| Incident Duration: | 0 Hrs. 5 Min. |

Summary:

Patron Tracie Ward slipped and fell while entering the bathroom in room 1230.

*Classification*

| | |
|---|---|
| Class: | Medical |
| Category: | Accident\Injury |
| SubCategory: | Guest Injury |
| Type: | Fall |

*Business Unit*

| | |
|---|---|
| Property: | L'Auberge Lake Charles |

*Physical Location*

| | |
|---|---|
| Site: | Lake Charles |
| Building: | Hotel |
| Location: | Level 12 |

## Supplemental Details

| | |
|---|---|
| Reported to Police: | No |
| Reported to Division: | No |
| Reported to Supervisor: | No |

# Incident Involvement Section

## Linked Person                                                    Total = 3

**Incident Number:**  SEC-2017-009612

Class/Category:  Medical/Accident/Injury

Status:  Open

**HOUY, Milton**                                                   Involvement Type:          *Company Representative*

| | | | |
|---|---|---|---|
| Date of Birth: | | Phone Number: | |
| Gender: | | Address: . | |
| Hair Color: | | | |
| Eye Color: | | | |
| Height: | 00' 00" | | |
| Weight: | 0lbs | First Aid Administered?: | No |
| Race: | | Transported?: | No |
| Employee?: | Yes | Injured: | No |
| Interviewed?: | No | Notes: | |
| Linked To Person: | Houy, Milton | | |

Incident Number: SEC-2017-009612

Class/Category: Medical/Accident/Injury

Status: Open

**STEVENS, Ann**                                          Involvement Type: *Company Representative*

| | | | |
|---|---|---|---|
| Date of Birth: | | Phone Number: | |
| Gender: | | Address: | |
| Hair Color: | | | |
| Eye Color: | | | |
| Height: | 00' 00" | | |
| Weight: | 0lbs | First Aid Administered?: | No |
| Race: | | Transported?: | No |
| Employee?: | Yes | Injured: | No |
| Interviewed?: | No | Notes: | |
| Linked To Person: | Stevens, Ann | | |

**WARD, Tracie**                                          Involvement Type: *Patient*

| | | | |
|---|---|---|---|
| Date of Birth: | 7/1/1967 | Phone Number: | 949-500-7468 |
| Gender: | Female | Address: | 3105 Buckeye Lane |
| Hair Color: | | | |
| Eye Color: | | | Pearland, Texas |
| Height: | 00' 00" | | United States |
| Weight: | 0lbs | First Aid Administered?: | Yes |
| Race: | | Transported?: | No |
| Employee?: | No | Injured: | Yes |
| Interviewed?: | Yes | Notes: | |
| Linked To Person: | Ward, Tracie | | |

Incident Number:  SEC-2017-009612

Class/Category:  Medical/Accident/Injury

Status:  Open

# Incident Narratives

## Incident Narratives                                                Total = 1

| AUTHOR: | **Houy, Milton** | Narrative Type: | *Original Narrative* |
|---|---|---|---|

| Created By Date/Time | 7/1/2017 10:31 PM | Sealed | No |
|---|---|---|---|

Narrative:

On July 1, 2017 at approximately 2045 hours Lead Security Officer Milton Houy was dispatched to room 1230 in regards to a patron fall. Patron Tracie Ward stated that while she was entering the bathroom in room 1230 to give her husband a towel. she slipped on the water that was coming out of the shower. Ward stated that when she slipped on the water, she went into the air. causing her to land and hurt her right knee and hip. The floor in the area which Ward fell was still wet from the shower. however, there were no obstructions or defects. Houy and Security Officer Ann Stevens went and retrieved a scooter for Ward. Houy gave Ward some ice packs for her knee and hip. Ward signed the refusal of medical services. Surveillance was notified of the situation.

# Attachments

## Additional Attachments                                             Total = 12

| Attachment Title: | 17I-1115 statement and FRR | File Name: | 17I-1115 statement and FRR.pdf |
|---|---|---|---|
| Attachment Type: | | File Size: | 820 KB |
| | | Description: | |

| Attachment Title: | 20170701_204622 | File Name: | 20170701_204622.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 4676 KB |
| | | Description: | |

| Attachment Title: | 20170701_204627 | File Name: | 20170701_204627.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 4290 KB |
| | | Description: | |

Incident Number:  SEC-2017-009612

Class/Category:  Medical/Accident/Injury

Status:  Open

| Attachment Title: | 20170701_204633 | File Name: | 20170701_204633.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 4375 KB |
| | | Description: | |

| Attachment Title: | 20170807_180338 | File Name: | 20170807_180338.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 3697 KB |
| | | Description: | |

| Attachment Title: | 20170807_180342 | File Name: | 20170807_180342.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 3517 KB |
| | | Description: | |

| Attachment Title: | 20170807_180349 | File Name: | 20170807_180349.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 3603 KB |
| | | Description: | |

| Attachment Title: | 20170807_180352 | File Name: | 20170807_180352.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 3248 KB |
| | | Description: | |

| Attachment Title: | 20170807_180405 | File Name: | 20170807_180405.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 3746 KB |
| | | Description: | |

| Attachment Title: | 20170807_180411 | File Name: | 20170807_180411.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 3440 KB |
| | | Description: | |

| Attachment Title: | 20170807_180418 | File Name: | 20170807_180418.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 3150 KB |
| | | Description: | |

Incident Number:  SEC-2017-009612

Class/Category:  Medical\Accident\Injury

Status:  Open

| Attachment Title: | 20170807_180425 | File Name: | 20170807_180425.jpg |
|---|---|---|---|
| Attachment Type: | | File Size: | 3507 KB |
| | | Description: | |

# Incident Controls

## Incident Controls

| Org Rollup Name | | Access Level: | Level 3 |
|---|---|---|---|
| Org Level 1: | Perspective | Status: | Open |
| Org Level 2: | PNK Security | Disposition: | |
| Org Level 3: | Louisiana | | |
| Org Level 4: | Lake Charles | Locked: | No |
| | | Archive (record not visible): | No |
| | | Record Owner: | Houy, Million |

## Incident Visibility

| Owner Workgroup: | Lake Charles | Exceptions: | Workgroup Name | Record Rights |
|---|---|---|---|---|
| All Workgroups: | None | | | |

Incident Record Created By mhouy, 7/2/2017 3:21 AM GMT

Last Modified By mhouy, 8/8/2017 3:25 AM GMT

L'Auberge
Casino Resort
First Responder Report

Date: 07-01-2017    Time: 2545    Incident #: 17I-1115
Location: Room 1230              Name: Tracie Ward
Age: 50            DOB: 07-01-1967    M (F)
Chief Complaint: Hurt right Knee and hip
Present History: N/A
Past History: neck surgery 2 years ago
Allergies: N/A
Medications: N/A

## Circle all that apply

| Conscious Level: | N/A | (Awake)  (Alert)    (Oriented) |
|---|---|---|
| Pain Level: | N/A | 1  2  3  4  5  6 (7) 8  9  10 |
| | | W/movement  Weight baring  (Discoloration) (Swelling) |
| | | Pt Denies Any Other Pain |
| Skin: | (N/A) | Dry      Warm      Cyanotic   Pale |
| | | Cold     Clammy    Diaphoretic |
| Equipment Used: | N/A | Gauze   (Tape)    Bandage  Ice pack   Glucose meter |
| | | Alcohol wipe       Oral Glucose |
| | | Other: ice pack |

Oxygen Device      LPM              Time
Nasal Cannula:     _____          Size
Non-Rebreather:    _____     Adult   Pediatric
                                        Adult   Pediatric

Vital Signs:

| Time | B/P | Pulse | Respiration | SpO2 | CBG |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Details of occurrence, activity being performed, conditions of location.

Summary: Lead Security Officer Milton Houy was dispatched to room 1230 in regards to a patron fall. When Houy arrived to room 1230, patron Tracie Ward was layed on the bed holding her right knee. Ward stated that she slipped on some water while walking into the restroom. Houy got some ice packs for Ward's hip and knee. Ward's knee was already beginning to swell and was slightly discolored (red color). Houy advised Ward to rest and ice it. Ward signed the refusal of medical services.

At _____, Medical Care Turned Over To: _____ (Paramedic)
End Time: _____    LDL Medic: _____ 72305



# SECURITY DEPARTMENT
## INCIDENT STATEMENT

| INCIDENT NUMBER: | DATE OCCURRED: | TIME OCCURRED: |
|---|---|---|
| 17IC-1115 | 07-01-2017 | 2045 |

| TYPE OF OCCURRENCE: | LOCATION OF OCCURRENCE: |
|---|---|
| Patron Fall | Room 1230 |

| NAME: LAST | FIRST | M.I. | D.O.B. |
|---|---|---|---|
| Ward | Tracie | L | 07-01-1967 |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 3105 Buckeye Lane | Pearland | TX | 77584 |

| HOME PHONE | WORK PHONE | mychoice # |
|---|---|---|
| 949-500-7468 | | |

| Employee Badge # | EMPLOYEE: ☐ YES ☑ NO | DEPARTMENT: |
|---|---|---|

DETAILS: My husband was showering and the shower leaks water all over the floor as you shower. He asked me to bring him a towel and I was walking into the bathroom my foot slipped on the water and I went in the air and hit my knee (right) and hip area / lower back on the floor.

The information set forth on the above statement fully and accurately reflects the information I have provided to L'Auberge Casino Resort Lake Charles Security personnel regarding the incident I have reported. I understand that L'Auberge Casino Resort Lake Charles is not authorized to tender a crime report to Law Enforcement authorities on my behalf and that if I consider such a report to be warranted I should contact the Sheriff's Department.

This statement consisting of _____ page(s) was completed at (location) _____

On the 1 day of July at 9:12 (AM / PM), 20 17

_____
Signature of Person Giving Statement

REFUSAL of MEDICAL SERVICES: The undersigned acknowledges that he or she refused to accept ☐ transportation and/or ☐ medical treatment. Signature: _____ Date: 7/1/2017

**Shaded areas to be filled out by Security Department!          CONFIDENTIAL



US ANESTHESIA
P A R T N E R S
US ANESTHESIA PARTNERS OF TEXAS
PO BOX 3475
TOLEDO, OH 43607-0475

002765
0101

☐ Please check box if below address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

| | MASTERCARD | DISCOVER | VISA | AMERICAN EXPRESS |
|---|---|---|---|---|
| NAME ON CARD | | | | |
| CARD NUMBER | | | EXP. DATE | |
| SIGNATURE | | | AMOUNT PAID | |

| ACCOUNT # | BILLING DATE | BALANCE DUE NOW |
|---|---|---|
| 3-51684514 | 12/06/17 | $ 121.12 |

ANY PAYMENTS AND CHARGES AFTER THE ABOVE DATE WILL APPEAR ON THE NEXT STATEMENT.

TRACIE LYNN WARD
3105 BUCKEYE LN
PEARLAND, TX 77584-3646

US ANESTHESIA PARTNERS OF TEXAS
PO BOX 660267
DALLAS, TX 75266-0267

To pay your bill online or opt-in for an e-statement notification, login to our Patient Portal at **usap.ixt.com**

657191A (PC1)

## ACCOUNT ACTIVITY

PATIENT NAME: **TRACIE LYNN WARD**     ACCOUNT #: **3-51684514**

| DATE | DESCRIPTION | CHARGE | PAYMENT | ADJUSTMENT | BALANCE |
|---|---|---|---|---|---|
| | INV #:3070994 LEBLANC MD,KELLY | | | | |
| | LOC: TEXAS ORTHOPEDIC HOSPITAL | | | | |
| 08/25/17 | KNEE ARTHROSCOPY/SURGERY.. | 1,428.00 | | | |
| 10/25/17 | BLUE CROSS PAYMENT | | 484.52 | | |
| | CONTRACTUAL ADJUSTMENT | | | (822.36) | |
| | **INVOICE BALANCE:** | | | | 121.12 |

| 0-30 | 31-60 | 61-90 | 91-120 | 121+ | TOTAL DUE |
|---|---|---|---|---|---|
| $0.00 | $121.12 | $0.00 | $0.00 | $0.00 | **$121.12** |

### MESSAGE

The balance is your responsibility. Please pay the amount shown or contact our office to establish a payment arrangement that is within USAP standard guidelines. Thank you (DM1)

### CONTACT US

For billing questions or an itemized list of charges, please call us at 844-812-2541.  8:30 am - 5:00 pm Monday - Friday

To make a payment by phone, please enter the following 3 digit code when prompted: 300

US ANESTHESIA
P A R T N E R S

**Your healthcare provider is now part of US Anesthesia Partners.**

Written communication regarding any disputed bill including an instrument tendered as full satisfaction of the bill, must be sent to:
US ANESTHESIA PARTNERS OF TEXAS PO BOX 660267 DALLAS, TX 75266-0267



410784-USANSTMT-369054-241680454-P; 1020215-13-1978; 39013738-1; 1

```
PATIENT NO:        6864614   T. RTHOPEDIC HOSPITAL    BILLING L  :    PAGE   1    01601
MED REC NO:        232548    7401 SOUTH MAIN           09/02/17
GUARANTOR NO:                THIRD FLOOR
PATIENT:                     HOUSTON                   TX 770304509    ADMITTED    DISCHARGED
WARD TRACIE LYNN                                                      08/25/17    08/25/17


PAY TO ADDRESS:    TX ORTHOPEDIC HOSPITAL
                   P O BOX 406313
                   ATLANTA
                   GA 303846313


BILL TO:
   WARD TRACIE LYNN            SAME-DAY SURGERY              FC=13
   3105 BUCKEYE LANE           ADMIT THRU DISCHARGE CLAIM
   PEARLAND       TX
   77584
```

| DATE OF SERVICE | BATCH REF | F DEPT S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| **250-PHARMACY** | | | | | | | |
| 082517 | 25B386 | 0712 | 252278 | J2250 | 2 | MIDAZOLAM 2 MG INJ | 136.00 |
| 082517 | 25B386 | 0712 | 251579 | J2704 | 20 | PROPOFOL 200 MG INJ | 109.00 |
| 082517 | 25B386 | 0712 | 252566 | J1885 | 2 | KETOROLAC 15 MG INJ | 320.00 |
| 082517 | 25B386 | 0712 | 252150 | 99999999999 | 1 | LIDOCAINE HCL 2% 5 ML | 53.00 |
| 082517 | 25B386 | 0712 | 253030 | 99999999999 | 1 | SEVOFLURANE 15ML | 133.00 |
| 082517 | 25B362 | 0712 | 252314 | J2270 | 1 | MORPHINE SULF 10MG INJ | 35.00 |
| 082517 | 25B362 | 0712 | 250335 | 99999999999 | 1 | BUPIVACAINE HCL/EPI 30 | 195.00 |
| 082517 | 25B358 | 0712 | 252721 | 99999999999 | 1 | LIDOCAINE 1%-2ML VIAL | 36.00 |
| | | | | | | SUBTOTAL: | 1017.00 |
| **258-IV SOLUTIONS** | | | | | | | |
| 082517 | 26B477 | 0715 | 260525 | | 1 | LACATED RINGERS IRR 30 | 374.00 |
| 082517 | 25B362 | 0715 | 260410 | 338011704 | 1 | RINGERS SOL, LACTATED | 157.00 |
| 082517 | 25B386 | 0715 | 260410 | 99999999999 | 1 | RINGERS SOL, LACTATED | 157.00 |
| | | | | | | SUBTOTAL: | 688.00 |
| **259-DRGS/OTHER** | | | | | | | |
| 082517 | 25B362 | 0712 | 250168 | 904198261 | 2 | ACETAMINOPHEN 325 MG U | 26.00 |
| 082517 | 25B362 | 0712 | 252960 | 904650261 | 2 | CELECOXIB 100MG CAPSUL | 70.00 |
| 082517 | 25B362 | 0712 | 252709 | 68084076211 | 1 | GABAPENTIN 300MG CAPSU | 31.00 |
| 082517 | 25B385 | 0712 | 252980 | 68084088411 | 1 | HYDROCODONE 10/APAP 32 | 26.00 |
| 082517 | 25B358 | 0712 | 250168 | 99999999999 | 2 | ACETAMINOPHEN 325 MG S | 26.00 |
| 082517 | 25B358 | 0712 | 252960 | 99999999999 | 2 | CELECOXIB 100MG CAPSUL | 70.00 |
| 082517 | 25B358 | 0712 | 252709 | 99999999999 | 1 | GABAPENTIN 300MG CAPSU | 31.00 |
| | | | | | | SUBTOTAL: | 280.00 |
| **270-CENTRAL SUPPLY** | | | | | | | |
| 082517 | 26B477 | 0718 | 276779 | | 1 | DRSG ACE 6" | 34.00 |
| | | | | | | SUBTOTAL: | 34.00 |
| **272-STERILE SUPPLIES** | | | | | | | |
| 082517 | 26B477 | 0718 | 270007 | | 1 | ADHESIVE MASTISOL .67M | 93.00 |
| 082517 | 26B477 | 0718 | 270334 | | 1 | DRSG GAUZE 4X4 10'S ST | 16.00 |
| 082517 | 26B477 | 0718 | 273609 | | 1 | SPONGE RAYTEC 4X4 | 23.00 |

```
INSURANCE BENEFITS ASSIGNED TO
TEXAS ORTHOPEDIC HOSPITAL
```

```
PATIENT NO:          6864614   T.  ORTHOPEDIC HOSPITAL   BILLING l  L   PAGE   2   01601
MED REC NO:          232548    7401 SOUTH MAIN              09/02/17
GUARANTOR NO:                  THIRD FLOOR
PATIENT:                       HOUSTON              TX 770304509    ADMITTED    DISCHARGED
WARD TRACIE LYNN                                                   08/25/17    08/25/17
```

| DATE OF<br>SERVICE | BATCH<br>REF | DEPT | F<br>S | PROC | NDC/CPT-4/<br>HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 082517 | 26B477 | 0718 | | 274852 | | 1 | DRSG WEBRIL 4" STR | 60.00 |
| 082517 | 26B477 | 0718 | | 275386 | | 1 | SUT VICR 4.0 P3 18 | 176.00 |
| 082517 | 26B477 | 0718 | | 276597 | | 1 | DRSG KERLIX ROLL | 23.00 |
| 082517 | 26B477 | 0718 | | 276625 | | 1 | DRSG XEROFORM 1X8 | 16.00 |
| | | | | | | | SUBTOTAL: | 407.00 |
| **360-OR SERVICES** | | | | | | | | |
| 082517 | 26B477 | 0701 | | 360002 | | 1 | SURGERY FIRST 1/2 HOUR | 3886.00 |
| | | | | | | | SUBTOTAL: | 3886.00 |
| **370-ANESTHESIA** | | | | | | | | |
| 082517 | 26B477 | 0701 | | 370001 | | 1 | ANES GENERAL 30 MIN | 2464.00 |
| | | | | | | | SUBTOTAL: | 2464.00 |
| **420-PHYSICAL THERP** | | | | | | | | |
| 082517 | 25B384 | 0762 | | 900003 | G8978CJGP | 1 | PT MOBILITY CURR STAT | .01 |
| 082517 | 25B384 | 0762 | | 900010 | G8979CJGP | 1 | PT MOBILITY GOAL STAT | .01 |
| 082517 | 25B384 | 0762 | | 900017 | G8980CJGP | 1 | PT MOBILITY DC STAT 20 | .01 |
| | | | | | | | SUBTOTAL: | .03 |
| **424-PHYS THERP/EVAL** | | | | | | | | |
| 082517 | 25B384 | 0762 | | 002593 | 97161GP | 1 | EVAL PT LOW COMPLEX | 223.00 |
| | | | | | | | SUBTOTAL: | 223.00 |
| **636-DRUGS REQUIRING DET CODE** | | | | | | | | |
| 082517 | 25B385 | 0712 | | 253090 | J3010 | 1 | FENTANYL CIT 0.1 MG IN | 47.00 |
| 082517 | 25B385 | 0712 | | 253090 | J3010 | 1 | FENTANYL CIT 0.1 MG IN | 47.00 |
| 082517 | 25B385 | 0712 | | 253090 | J3010 | 1 | FENTANYL CIT 0.1 MG IN | 47.00 |
| 082517 | 25B385 | 0712 | | 253090 | J3010 | 1 | FENTANYL CIT 0.1 MG IN | 47.00 |
| 082517 | 25B386 | 0712 | | 253090 | J3010 | 1 | FENTANYL CIT 0.1 MG IN | 47.00 |
| 082517 | 25B386 | 0712 | | 353071 | J1100 | 8 | DEXAMETH NA PHOS 4 MG | 310.00 |
| 082517 | 25B386 | 0712 | | 353067 | J2405 | 4 | ONDANSETRON 4 MG VL | 465.00 |
| 082517 | 25B362 | 0712 | | 353115 | J1885 | 2 | KETOROLAC 30 MG INJ | 185.00 |
| | | | | | | | SUBTOTAL: | 1195.00 |
| **710-RECOVERY ROOM** | | | | | | | | |
| 082517 | 26B477 | 0704 | | 710014 | | 1 | PROGRESSIVE PACU | 1532.00 |
| 082517 | 26B477 | 0786 | | 710077 | | 3 | PROGRESSIVE ADD'L 30 M | 1716.00 |
| 082517 | 26B477 | 0704 | | 710010 | | 1 | PACU 1ST 60 MIN | 1714.00 |
| | | | | | | | SUBTOTAL: | 4962.00 |

```
                                TOTAL ANCILLARY CHARGES    15156.03
```

INSURANCE BENEFITS ASSIGNED TO
TEXAS ORTHOPEDIC HOSPITAL

```
PATIENT NO:       6864614    1  ORTHOPEDIC HOSPITAL    BILLING 1  2   PAGE   3   01601
MED REC NO:       232548     7401 SOUTH MAIN           09/02/17
GUARANTOR NO:                THIRD FLOOR
PATIENT:                     HOUSTON                         TX 770304509    ADMITTED    DISCHARGED
WARD TRACIE LYNN                                                            08/25/17    08/25/17
```

```
                                      TOTAL CHARGES        15156.03
                                           PAYMENTS             .00
                                        ADJUSTMENTS             .00
                                            BALANCE        15156.03
```

```
INSURANCE BENEFITS ASSIGNED TO
TEXAS ORTHOPEDIC HOSPITAL
```

```
PATIENT NO:        6864614   T. ORTHOPEDIC HOSPITAL    BILLING 1  E   PAGE   4   01601
MED REC NO:        232548    7401 SOUTH MAIN           09/02/17
GUARANTOR NO:                THIRD FLOOR
PATIENT:                     HOUSTON                   TX 770304509   ADMITTED     DISCHARGED
WARD TRACIE LYNN                                                      08/25/17     08/25/17
```

```
                       DEPARTMENTAL CHARGE SUMMARY
              DEPT         DESCRIPTION              AMOUNT

              0701     SURGERY UNIT               6,350.00
              0704     RECOVERY UNIT              3,246.00
              0712     PHARMACY                   2,492.00
              0715     IV SOLUTIONS - ADMIN         688.00
              0718     MEDICAL SERVICES             441.00
              0762     PHYSICAL THERAPY             223.03
              0786     DAYSURGERY RECOVERY ROOM   1,716.00


        TOTAL CHARGES:      15,156.03
        TOTAL PAYMENTS:           .00
        TOTAL ADJUST:            .00
```

| 1 TX ORTHOPEDIC HOSPITAL<br>7401 SOUTH MAIN<br>HOUSTON       TX 770304509<br>8667834549 | ORTHOPEDIC HOSPITAL<br>P O BOX 406313<br>ATLANTA        GA30384 | | 3a PAT.<br>CNTL # 34614 | | 4 TYPE<br>OF BILL<br>0131 |
|---|---|---|---|---|---|
| | | | 3b MED.<br>REC. # 000000232548 | | |
| | | 5 FED. TAX NO.<br>76-0418502 | 6 STATEMENT COVERS PERIOD<br>FROM 082517  THROUGH 082517 | | |

| 8 PATIENT NAME | 9 PATIENT ADDRESS a 3105 BUCKEYE LANE | | | | |
|---|---|---|---|---|---|
| a WARD, TRACIE L. | b PEARLAND | | | c TX | d 77584 |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES<br>21  22  23  24 | 25 | 26 | 27 | 28 | 29 ACDT<br>STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07011967 | F | 06 | 3 | 2 | | | 01 | | | | | | | | | | |

| 31 OCCURRENCE<br>CODE    DATE | 32 OCCURRENCE<br>CODE    DATE | 33 OCCURRENCE<br>CODE    DATE | 34 OCCURRENCE<br>CODE    DATE | 35 OCCURRENCE SPAN<br>CODE  FROM  THROUGH | 36 OCCURRENCE SPAN<br>CODE  FROM  THROUGH | 37 |
|---|---|---|---|---|---|---|
| 11  082517 | A1  072563 | | | | | 01601 |

| 38 BCBS PPOZ<br>PO BOX 660044<br><br>DALLAS, TX 752660044 | | 39 VALUE CODES<br>CODE    AMOUNT | 40 VALUE CODES<br>CODE    AMOUNT | 41 VALUE CODES<br>CODE    AMOUNT |
|---|---|---|---|---|
| | a | A3  1515603 | | |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 | 0250 | PHARMACY | | 082517 | 4 | 41700 | |
| 2 | 0250 | KETOROLAC 15 MG INJ | J1885 | 082517 | 2 | 32000 | |
| 3 | 0250 | MIDAZOLAM 2 MG INJ | J2250 | 082517 | 2 | 13600 | |
| 4 | 0250 | MORPHINE SULF 10MG INJ | J2270 | 082517 | 1 | 3500 | |
| 5 | 0250 | PROPOFOL 200 MG INJ | J2704 | 082517 | 20 | 10900 | |
| 6 | 0258 | IV SOLUTIONS | | 082517 | 1 | 37400 | |
| 7 | 0258 | N400338011704ML1000 | | 082517 | 1 | 15700 | |
| 8 | 0258 | IV SOLUTIONS | | 082517 | 1 | 15700 | |
| 9 | 0259 | N400904198261UN2 | | 082517 | 2 | 2600 | |
| 10 | 0259 | N400904650261UN2 | | 082517 | 2 | 7000 | |
| 11 | 0259 | N468084076211UN1 | | 082517 | 1 | 3100 | |
| 12 | 0259 | N468084088411UN1 | | 082517 | 1 | 2600 | |
| 13 | 0259 | DRGS/OTHER | | 082517 | 5 | 12700 | |
| 14 | 0270 | CENTRAL SUPPLY | | 082517 | 1 | 3400 | |
| 15 | 0272 | STERILE SUPPLIES | | 082517 | 7 | 40700 | |
| 16 | 0360 | OR SERVICES | 29881 RT | 082517 | 1 | 388600 | |
| 17 | 0370 | ANESTHESIA | | 082517 | 1 | 246400 | |
| 18 | 0424 | EVAL PT LOW COMPLEX | 97161 GP | 082517 | 1 | 22300 | |
| 19 | 0636 | DEXAMETH NA PHOS 4 MG | J1100 | 082517 | 8 | 31000 | |
| 20 | 0636 | KETOROLAC 15 MG INJ | J1885 | 082517 | 2 | 18500 | |
| 21 | 0636 | ONDANSETRON 4 MG VL | J2405 | 082517 | 4 | 46500 | |
| 22 | 0636 | N400409909412ML2 | J3010 | 082517 | 4 | 18800 | |
| 23 | | PAGE 001 OF 002 | CREATION DATE 090217 | TOTALS ▶ | | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL<br>INFO | 53 ASG<br>BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1134166192 |
|---|---|---|---|---|---|---|
| A BCBS PPOZ | | Y | Y | 000 | | 57 OTHER<br>PRV ID |
| B | | | | | | |
| C | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A WARD, RICHARD | 01 | CME822125093 | CUMMINS ALLISO | 094805 |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A NR | | CUMMINS ALLISON |
| B | | |
| C | | |

| 66<br>DX | S83281A | I10 | E7800 | Z79899 | | | | 68 |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | |

| 69 ADMIT<br>DX | 70 PATIENT<br>REASON DX   S83281A | 71 PPS<br>CODE | 72<br>ECI | W010XXA | | 73 |
|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE<br>CODE    DATE | a. OTHER PROCEDURE<br>CODE    DATE | b. OTHER PROCEDURE<br>CODE    DATE | 75 | 76 ATTENDING NPI 386632966 | QUAL |
|---|---|---|---|---|---|
| | | | | LAST BURKE | FIRST ROBERT |
| c. OTHER PROCEDURE<br>CODE    DATE | d. OTHER PROCEDURE<br>CODE    DATE | e. OTHER PROCEDURE<br>CODE    DATE | | 77 OPERATING NPI 386632966 | QUAL |
| | | | | LAST BURKE | FIRST ROBERT |

| 80 REMARKS  PT DISCOUNTS AVAILA | 81CC a B3282N00000X | 78 OTHER | NPI | QUAL |
|---|---|---|---|---|
| | b B1W | LAST | | FIRST |
| | c B2M | 79 OTHER | NPI | QUAL |
| | d | LAST | | FIRST |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   Ⓟ Printed on Recycled Paper   NUBC™   LIC3810506   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

01601 Relay  09/03/2017

| 1 TX ORTHOPEDIC HOSPITAL | ORTHOPEDIC HOSPITAL | | | 3a PAT CNTL # 54614 | | 4 TYPE OF BILL 0131 |
|---|---|---|---|---|---|---|
| 7401 SOUTH MAIN | P O BOX 406313 | | 2 | b MED REC # 000000232548 | | |
| HOUSTON     TX 770304509 | ATLANTA          GA30384 | | 5 FED. TAX NO. 76-0418502 | 6 STATEMENT COVERS PERIOD FROM 082517 THROUGH 082517 | | |
| 8667834549 | | | | | | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS a 3105 BUCKEYE LANE | | | |
|---|---|---|---|---|---|
| a WARD, TRACIE L. | | b PEARLAND | | c TX d 77584 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 22 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07011967 | F | | 06 | 3 | 2 | | 01 | | | | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| 11 082517 | A1 072563 | | | | | 01601 |

| 38 | | 39 CODE VALUE CODES AMOUNT | 40 CODE VALUE CODES AMOUNT | 41 CODE VALUE CODES AMOUNT |
|---|---|---|---|---|
| BCBS PPOZ | | a A3 1515603 | | |
| PO BOX 660044 | a | b | | |
| DALLAS, TX 752660044 | b c d | c | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | FENTANYL CIT 0.1 MG INJ | J3010 | 082517 | 1 | 4700 | | |
| 0710 | RECOVERY ROOM | | 082517 | 5 | 496200 | | |
| 0001 | PAGE 002 OF 002 | CREATION DATE 090217 | TOTALS | | 1515600 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1134166192 |
|---|---|---|---|---|---|---|
| A BCBS PPOZ | | Y | Y | 000 | | 57 OTHER PRV ID |
| B | | | | | | |
| C | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A WARD, RICHARD | 01 | CME822125093 | CUMMINS ALLISO | 094805 |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A NR | | CUMMINS ALLISON |
| B | | |
| C | | |

| 66 DX S83281A I10  E7800  Z79899 | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | |

| 69 ADMIT DX | 70 PATIENT REASON DX S83281A | | | 71 PPS CODE | 72 ECI W010XXA | | 73 |
|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 386632966 | QUAL |
|---|---|---|---|---|---|
| | | | | LAST BURKE | FIRST ROBERT |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI 386632966 | QUAL |
| | | | | LAST BURKE | FIRST ROBERT |
| 80 REMARKS PT DISCOUNTS AVAILA | 81CC a 83282N00000X | | | 78 OTHER NPI | QUAL |
| | b B1W | | | LAST | FIRST |
| | c B2M | | | 79 OTHER NPI | QUAL |
| | d | | | LAST | FIRST |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   ⊕ Printed on Recycled Paper   NUBC™   LIC3810506   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

01601 Relay  09/03/2017

**Financial Transaction Listing**
By Entry Date

User: BXI7658

02/07/2018
2:20 pm

Facility: **01601**      TEXAS ORTHOPEDIC HOSPITAL

Patient: **WARD TRACIE LYNN**

| Facility | Acct Number | Entry Date | Trans Date | ProcCode | Type | Amount | Payer | Comment |
|----------|-------------|------------|------------|----------|------|--------|--------|---------|
| .01601 | 6864614 | 09/14/2017 | 09/14/2017 | 50575 | 05 | $-0.03 | 31304 | BCBS PPO OP DISC |
| | | | | | | | ICN: FSD:94981715 | |
| 01601 | 6864614 | 09/07/2017 | 09/07/2017 | 15435 | 01 | $-2,730.55 | 31304 | ERA BC P  09/07/17 |
| | | | | | | | ICN: 020172485049Q730X00 | |
| 01601 | 6864614 | 09/07/2017 | 09/07/2017 | 999999 | 05 | $11,692.00 | 31304 | CONTRACTUAL ADJ CC |
| 01601 | 6864614 | 09/07/2017 | 09/07/2017 | 999999 | 05 | $-11,691.98 | 31304 | CONTRACTUAL ADJ CC |
| 01601 | 6864614 | 09/03/2017 | 08/25/2017 | 999999 | 05 | $-11,692.00 | 31304 | CONTRACTUAL ADJ CC |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 710014 | 06 | $1,532.00 | | PROGRESSIVE PACU |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 710077 | 06 | $1,716.00 | | PROGRESSIVE ADD'L 30 MIN |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 360002 | 06 | $3,886.00 | | SURGERY FIRST 1/2 HOUR |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 370001 | 06 | $2,464.00 | | ANES GENERAL 30 MIN |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 710010 | 06 | $1,714.00 | | PACU 1ST 60 MIN |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 270007 | 06 | $93.00 | | ADHESIVE MASTISOL .67ML |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 270334 | 06 | $16.00 | | DRSG GAUZE 4X4 10'S STR |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 273609 | 06 | $23.00 | | SPONGE RAYTEC 4X4 |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 274852 | 06 | $60.00 | | DRSG WEBRIL 4" STR |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 275386 | 06 | $176.00 | | SUT VICR 4.0 P3 18 |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 276597 | 06 | $23.00 | | DRSG KERLIX ROLL |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 276625 | 06 | $16.00 | | DRSG XEROFORM 1X8 |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 276779 | 06 | $34.00 | | DRSG ACE 6" |
| 01601 | 6864614 | 08/26/2017 | 08/25/2017 | 260525 | 06 | $374.00 | | LACATED RINGERS IRR 3000 |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 900003 | 06 | $0.01 | | PT MOBILITY CURR STAT 20 |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 253090 | 06 | $47.00 | | FENTANYL CIT 0.1 MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 900010 | 06 | $0.01 | | PT MOBILITY GOAL STAT 20 |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252278 | 06 | $136.00 | | MIDAZOLAM 2 MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 900017 | 06 | $0.01 | | PT MOBILITY DC STAT 20 |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 251579 | 06 | $109.00 | | PROPOFOL 200 MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 2593 | 06 | $223.00 | | EVAL PT LOW COMPLEX |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 353071 | 06 | $310.00 | | DEXAMETH NA PHOS 4 MG |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252566 | 06 | $320.00 | | KETOROLAC 15 MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252150 | 06 | $53.00 | | LIDOCAINE HCL 2% 5 ML VI |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 353067 | 06 | $465.00 | | ONDANSETRON 4 MG VL |

| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 260410 | 06 | $157.00 | RINGERS SOL, LACTATED 1 |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 253030 | 06 | $133.00 | SEVOFLURANE 15ML |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252314 | 06 | $35.00 | MORPHINE SULF 10MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 353115 | 06 | $185.00 | KETOROLAC 30 MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 250335 | 06 | $195.00 | BUPIVACAINE HCL/EPI 30ML |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 260410 | 06 | $157.00 | RINGERS SOL, LACTATED 1 |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252960 | 06 | $70.00 | CELECOXIB 100MG CAPSULE |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 250168 | 06 | $26.00 | ACETAMINOPHEN 325 MG UDT |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252721 | 06 | $36.00 | LIDOCAINE 1%-2ML VIAL |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252709 | 06 | $31.00 | GABAPENTIN 300MG CAPSULE |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 250168 | 06 | $26.00 | ACETAMINOPHEN 325 MG UDT |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252960 | 06 | $70.00 | CELECOXIB 100MG CAPSULE |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252709 | 06 | $31.00 | GABAPENTIN 300MG CAPSULE |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 253090 | 06 | $47.00 | FENTANYL CIT 0.1 MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 252980 | 06 | $26.00 | HYDROCODONE 10/APAP 325 |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 253090 | 06 | $47.00 | FENTANYL CIT 0.1 MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 253090 | 06 | $47.00 | FENTANYL CIT 0.1 MG INJ |
| 01601 | 6864614 | 08/25/2017 | 08/25/2017 | 253090 | 06 | $47.00 | FENTANYL CIT 0.1 MG INJ |

|  | Account Total: | $733.47 |
| Facility Total for **01601 - TEXAS ORTHOPEDIC HOSPITAL** | | $733.47 |
|  | Report Total: | $733.47 |

- CONFIDENTIAL -



# **FAX**

# Fondren Orthopedic Group L.L.P.
*www.fondren.com*

| To: | OLIVIA | From: | Cano, Rachael G. |
| Company: | THE TOWNSLEY LAW FIRM | Voice Number: | |
| Voice Number: | | Fax Number: | 7134363860 |
| Fax Number: | 13374781577 | Email Address: | Rachael.Cano@fondren.com |

| Date: | February 16, 2018 |
| Subject: | TRACIE WARD DOB: 07/01/67 MEDICAL/BILLING RECORDS |
| Total Pages: | 52 |

**Memo:**

Confidential Health Information Enclosed
Health care information is personal and sensitive. It is being faxed to you after appropriate authrorization from the individual or under circumstances that do not require individual authroization. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authroization of the individual or as permitted by law is perhibited. Unauthroized re-disclosure or failure to maintain the confidentiality of this informaiton could subject you to penalties under Federal and/or State law.

The information contained in this facsimile transmission is privildged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you received this transmission in error, please notify us immediately by telephone at 713-799-2300 to arrange for the return of the transmitted documents to us or to verify their destruction.

02/16/2018 9:17:21 AM 0600 FAXCOM    PAGE 2 OF 52
Case 2:19-cv-00113-SMH-CBW   Document 1-5   Filed 01/31/19   Page 32 of 82 PageID #: 58

JAN. 26. 2018 10:31AM    TOWNSLEY LAW FIRM                          NO. 0231   P. 1



# THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE MIDDLETON
JORDAN Z. TAYLOR
JUSTIN T. MORALES
JACKSON T. BROWN

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

## FAX FOR MEDICAL RECORDS AND BILLS

| | |
|---|---|
| Date: | January 26, 2018 |
| To: | Fondren Orthopedic Group |
| Fax No: | 713-436-3860 |
| From: | Olivia / Jackson T. Brown |
| Re: | Tracie Ward |
| # of Pages: | 2 |
| Request: | |

Please forward a <u>CERTIFIED</u> copy of the medical records, along with the itemized billing statement, regarding Tracie Ward's treatment with your facility from 7/1/17 to Present. I am attaching hereto an executed medical authorization for your records. Our office will reimburse reasonable copying expenses incurred pursuant to LSA-R.S. 40:1299.96A.(2)(b)[1].

Please do not hesitate to contact our office with any questions.

CONFIDENTIALITY NOTICE: This is a facsimile transmission and the information is privileged and/or confidential. It is intended only for the use of the individual or entity to which it is addressed. If you have received this communication in error, please notify the sender at 337-478-1400 then shred the transmission without copying or forwarding it. If you are not the intended recipient, you are hereby notified that any retention, distribution, or dissemination of this information is strictly prohibited. Thank you.

[1] (1) Charges for medical records generated or stored in digital format shall not exceed $100.00 including all postage and handling.

(2) Charges for medical records generated or stored in paper form shall not exceed: $1.00 per page for the first 25 pages, $0.50 for pages 26-350; $.0.25 for every page thereafter; and a handling charge not to exceed $25.00 for health care providers, and actual postage.

(3) Charges for copies of X-rays, and other imaging media generated, maintained, or stored in digital format shall not exceed $200.00, including all postage and handling charges actually incurred."

JAN. 26. 2018 10:32AM    TOWNSLEY LAW FIRM                      NO. 0231   P. 2

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Patient Name: Tracie Ward | DOB: 7-1-67 |

| Address: 3105 Buckeye Lane | SSN: 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 |

| City: Pearland | State: TX | Zip: 77584 |

| PROVIDER AUTHORIZED TO RELEASE THE PHI | ENTITY RECEIVING THE PHI |
|---|---|
| Fondren Orthopedic Group | THE TOWNSLEY LAW FIRM, LLP<br>3102 ENTERPRISE BLVD.<br>LAKE CHARLES, LA 70601<br>337-478-1400 |

This authorization will expire on the following date or event. If date or event are not indicated, authorization will expire within 12 months from date signed.

Date: _____          Event: End of Litigation

Purpose of this disclosure: Legal

### PHI AND DATES OF PHI AUTHORIZED TO USE OR DISCLOSURE

| Description | Start Date | End Date |
|---|---|---|
| ☑ All PHI in the record | 7-1-2017 | Present |
| ☑ Progress Notes | | |
| ☑ Laboratory Tests | | |
| ☑ X-Ray Test/Report | | |
| ☑ History and Physical Examination | | |
| ☑ Discharge Summary | | |
| ☑ Consultation Reports | | |
| ☑ Itemized Billing Statement | | |
| ☑ Other: All records & bills | ↓ | ↓ |

The following information will be released when included in the above information unless you indicate otherwise:

☐ AIDS or HIV test results                    ☐ Psychiatric or mental care/treatment

☐ Alcohol, drug or substance abuse treatment    ☐ Other (specify):

### I UNDERSTAND THAT:

1. I may refuse to sign this authorization and it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing to the provider authorized to release the protected health information, but if I do, it will not have any affect on any actions taken prior to receiving the revocation.
4. If the information or receiver is not a health plan or health care provider, the released information may no longer be protected by Federal Privacy Regulations and may be disclosed.
5. I have the right to receive a copy of this form after I sign it.

A photocopy of this authorization is to be accepted and given the same effect as the original.

| Signature of Patient: _Tracie J. Ward_ | Date: 8/2/17 |
| Signature of Representative (if necessary): | Date: |
| Representative's relationship to patient: | |

PAGE     1

FONDREN ORTHOPEDIC GP LLP
7401 SOUTH MAIN

HOUSTON TX 77030-4509
FEDERAL ID # 76-0363583
(713) 799-2300

P: BBBB   BCBS - NON HMO/EPO
S:

```
                                        * = PERSONAL BALANCE DUE
TRACIE WARD                     CHG PROV:   BURKE MD, ROBERT L
3105 BUCKEYE LANE               PT:   TRACIE WARD
                                ACCOUNT NUMBER:   960836482
PEARLAND TX 77584               STATEMENT DATE        02/01/18
                                BALANCE DUE             429.14-
```

| DATE OF SERVICE | DIAGNOSIS PROCEDURE | DESCRIPTION OF SERVICE | CHARGE AMOUNT | PAYMENTS/ ADJUSTMENT | ITEM BALANCE |
|---|---|---|---|---|---|
| 07/18/17 | 0001 | 104   BURKE | | | |
| 1091873711111 | | ZERO CHARGE | .00 | | .00 |
| | 720 | VISA/MASTER CARD PAYMENT | | 40.00- | |
| | SPCD | Spec Prog Close Open Item | | 40.00 | |
| 07/18/17 | M25561 | 104   BURKE | | | |
| 1091888599204 | | NP OFFICE/OUT-PT VISIT | 269.00 | | .00 |
| | BLUE | Blue Cross/Blue Shield | | 114.47- | |
| | | CO-INSURANCE AMOUNT | | | |
| | | Exceeds allowed Amt or Negotiated | | | |
| | 934 | MANAGED CARE DISALLOWANCE | | 114.53- | |
| | SPCD | Spec Prog Close Open Item | | 40.00- | |
| 07/18/17 | M25561 | 104   BURKE | | | |
| 1091888673560/RT | | KNEE 1 OR 2 VIEWS | 65.00 | | .00 |
| | BLUE | Blue Cross/Blue Shield | | .00 | |
| | | DEDUCTIBLE AMOUNT | | | |
| | | Exceeds allowed Amt or Negotiated | | | |
| | 934 | MANAGED CARE DISALLOWANCE | | 41.40- | |
| | SPCD | Spec Prog Close Open Item | | 23.60- | |
| 07/25/17 | 0001 | 104   BURKE | | | |
| 1093105311111 | | ZERO CHARGE | .00 | * | 130.36- |
| | 720 | VISA/MASTER CARD PAYMENT | | 500.00- | |
| | SPCD | Spec Prog Close Open Item | | 23.60 | |
| | SPCD | Spec Prog Close Open Item | | 40.00 | |
| | SPCD | Spec Prog Close Open Item | | 189.66 | |
| | SPCD | Spec Prog Close Open Item | | 102.45 | |
| | SPCD | Spec Prog Close Open Item | | 13.93 | |

| Date | Code | | Description | Amount | | |
|------|------|---|-------------|--------|---|---|
| 07/25/17 | S83241A | 104 | BURKE | | | |
| 1093241799214 | | | EP OUTPATIENT VISIT | 175.00 | | .00 |
| | BLUE | | Blue Cross/Blue Shield | | 60.54- | |
| | | | CO-INSURANCE AMOUNT | | | |
| | | | Exceeds allowed Amt or Negotiated | | | |
| | 934 | | MANAGED CARE DISALLOWANCE | | 74.46- | |
| | SPCD | | Spec Prog Close Open Item | | 40.00- | |
| 08/16/17 | 0001 | 104 | BURKE | | | |
| 1096495411111 | | | ZERO CHARGE | .00 | | * 25.00- |
| | 720 | | VISA/MASTER CARD PAYMENT | | 25.00- | |
| 08/23/17 | 0001 | 104 | BURKE | | | |
| 1097629401 | | | DEPOSIT FUTURE SURGERY | .00 | | * 273.78- |
| | 720 | | VISA/MASTER CARD PAYMENT | | 273.78- | |
| 08/25/17 | S83281A | 104 | BURKE | | | |
| 1098274829881/RT | | | ARTHROSCOPY W/MENISCECTOM | 2700.00 | | .00 |
| | | | MEDIAL OR LATERAL | | | |
| | BLUE | | Blue Cross/Blue Shield | | 409.84- | |
| | | | CO-INSURANCE AMOUNT | | | |
| | | | Exceeds allowed Amt or Negotiated | | | |
| | 934 | | MANAGED CARE DISALLOWANCE | | 2187.71- | |
| | SPCD | | Spec Prog Close Open Item | | 102.45- | |
| 09/06/17 | S83281A | 104 | BURKE | | | |
| 1099084999024 | | | POST-OPERATIVE VISIT | .00 | | .00 |
| 10/04/17 | S83241A | 104 | BURKE | | | |
| 1103516299024 | | | POST-OPERATIVE VISIT | .00 | | .00 |
| 10/17/17 | S83241A | 104 | BURKE | | | |
| 1105567799024 | | | POST-OPERATIVE VISIT | .00 | | .00 |

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

***THE TOTALS SHOWN BELOW INCLUDE BALANCES FOR DR BURKE ONLY***

| PERSONAL BALANCE | INSURANCE PENDING | WORKERS COMP BALANCE | ACCOUNT BALANCE |
|------------------|-------------------|----------------------|-----------------|
| 429.14- | .00 | .00 | 429.14- |

9U0830488

# PATIENT QUESTIONNAIRE

NAME: TRACIE WARD    DOB: 7/1/1967    TODAY'S DATE: 7/18/2017
OCCUPATION: RETAIL    HEIGHT: 5' 8    WEIGHT: 240    DOMINANT HAND: ✓R __L
CHIEF COMPLAINT: RIGHT KNEE/HIP    DATE OF INJURY: 7-1-67
AFFECTED SIDE? ✓R or __L

DESCRIBE PROBLEM: SLIPPED ON WATER · FELL/SWELLING · PAIN
INJURY LOCATION: RIGHT HIP, KNEE · ANKLE
INJ. RELIEVED:
INJ. AGGRAVATED:

## PAST MEDICAL HISTORY (CHECK ALL THAT APPLY)
__NONE APPLY

- __ANEMIA
- __ANXIETY
- __ASBESTOSIS
- __ASTHMA
- __BIPOLAR DISORDER
- __BLEEDING DISORDER
- __BLOOD CLOT
- __BRONCHITIS
- __CANCER
- __CA BRAIN
- __CA BREAST
- __CA CERVICAL
- __CA COLON
- __CA KIDNEY
- __CA LUNG

- __CA OVARIAN
- __CA PROSTATE
- __CA THYROID
- __CHEST PAIN
- ✓CHRONIC BACK PAIN
- __COR. ARTERY DISEASE
- __CON. HEART FAILURE
- __DEPRESSION
- __DIABETES
- __EMPHYSEMA
- __HEART ATTACK
- __HEART MURMUR
- ✓HYPERTENSION
- __HEART STENT
- HEPATITIS A  B  C

- __IRR. HEARTBEAT
- __HIATAL HERNIA
- ✓HIGH CHOLESTEROL
- __HIV
- __HYPERTHYROIDISM
- __HYPOTHYROIDISM
- __KIDNEY STONES
- __LIVER PROBLEMS
- __LUNG PROBLEMS
- __LUPUS
- __MIGRAINES
- __NEUROLOGICAL
  DISORDER

- __OTHER

- __NUMBNESS/TINGLING
- __OSTEOPOROSIS
- __OSTEOARTHRITIS
- __PNEUMONIA
- __POOR CIRCULATION
- __PULMONARY EMBOLISM
- __REFLUX
- __RHEUMATOID ARTHRITIS
- __SEIZURE
- __SLEEP APNEA
- __STROKE
- __TUBERCULOSIS
- __UTI

## PAST SURGICAL HISTORY (CHECK ANY THAT APPLY)
__NONE APPLY

- __ABDOMINAL SURGERY
- __AMPUTATION
- __ANGIOPLASTY
- __APPENDECTOMY
- __ARTHROSCOPY KNEE
- __ARTHROSCOPY SHOULDER
- __BANDING
- __BRONCHOSCOPY
- __CABG
- __CAROTID ENDARTERECTOMY
- __CARPAL TUNNEL REPAIR
- __COLON RESECTION
- __FEMORAL BYPASS
- __FRACTURE REPAIR

- __GALLBLADDER REMOVAL
- __GASTRIC BYPASS
- __HEART SURGERY
- __HEMORRHOIDECTOMY
- __HIP REPLACEMENT
- __HYSTERECTOMY COMPLETE
- __HYSTERECTOMY PARTIAL
- __INTERVENTIONAL PAIN
  PROCEDURES
- __KNEE REPLACEMENT
- __KYPHOPLASTY
- __NEPHRECTOMY
- __PACEMAKER
- __PARATHYROIDECTOMY

- __PNEUMONECTOMY
- __PROSTATECTOMY
- __ROTATOR CUFF REPAIR
- __SPINE SURGERY CERVICAL
- __SPINE SURGERY THORACIC
- ✓SPINE SURGERY LUMBAR
- __TONSILLECTOMY
- __TURP
- __VASECTOMY
- __VERTEBROPLASTY
- __OTHER SURGERY IN PAST 90 DAYS
- ✓OTHER NECK · SHOULDER

## FAMILY HISTORY (Use M for mother, F for father, or B for both)
__NONE APPLY

- M ARTHRITIS
- __ANESTHESIA PROBLEMS
- __ASTHMA
- __BLEEDING DISORDER
- __CA BRAIN
- __OTHER

- __CA BREAST
- __CA CERVICAL
- __CA COLON/RECTAL
- __CA KIDNEY
- __CA LUNG

- __CA OVARIAN
- F CA PROSTATE
- __CA THYROID
- __CANCER
- __DIABETES

- M HYPERTENSION
- __OSTEOPOROSIS
- __STROKE
- __TUBERCULOSIS

## SOCIAL HISTORY (CHECK ALL THAT APPLY)
__NONE APPLY

- __SINGLE
- ✓MARRIED
- __DIVORCED
- __WIDOWED

- __CIGARETTES
  (smoke years:      ) (packs/day:      )
- __PIPE SMOKING
- __CHEWING TOBACCO
- __ALCOHOL (drinks/day:      )

- ✓PHYSICAL WORK
- __SEDENTARY WORK
- __RETIRED
- __HOMEMAKER
- __STUDENT

- __REGULAR DUTY
- __LIGHT DUTY
- __OUT OF WORK

## MEDICATIONS TAKEN DAILY (NAME AND DOSAGE)    __NONE
METROPROLOL  2X DAY
BENAZAPRIL   1 X  n
ALTORVASTATION  1X
PHARMACY USED: KROGER    PH#
ALLERGIES TO MEDICINE: (LIST ALL)    NO ALLERGIES

WAS THIS RELATED TO AN AUTOMOBILE ACCIDENT?  __Y ✓N

## REVIEW OF SYSTEMS
*(Please circle YES or NO if any currently apply to you)*

PRINT PATIENT NAME: **TRACIE WARD**  PATIENT DOB: **7/1/1967**  DATE: **7/18/2017**

Have you had any new symptoms? (Yes) No    Do you have diabetes? Yes (No)

**GENERAL:**

| | |
|---|---|
| Fever? | Yes (No) |
| Chills? | Yes (No) |
| Sweats? | Yes (No) |
| Weakness? | (Yes) No |
| Malaise?(discomfort) | Yes (No) |
| Abnormal Weight Loss? | Yes (No) |
| Sleep Disturbance? | (Yes) No |

**EYES, EARS, NOSE, THROAT:**

| | |
|---|---|
| Double Vision? | Yes (No) |
| Blurred Vision? | Yes (No) |
| Eye Irritation? | Yes (No) |
| Eye Discharge? | Yes (No) |
| Vision Loss? | Yes (No) |
| Eye Pain? | (Yes) No |
| Light Sensitivity? | (Yes) No |
| Earache? | Yes (No) |
| Ringing in Ears? | Yes (No) |
| Nasal Congestion? | Yes (No) |
| Nosebleeds? | Yes (No) |
| Sore Throat? | Yes (No) |
| Difficulty Swallowing? | Yes (No) |
| Hearing Loss? | Yes (No) |

**CARDIAC:**

| | |
|---|---|
| Chest Discomfort? | Yes (No) |
| Chest Pains? | Yes (No) |
| Palpitations? | Yes (No) |
| Syncope?(fainting) | Yes (No) |
| Shortness of Breath? | Yes (No) |
| Numbness in Arms? | (Yes) No |
| Swelling of Limbs? | (Yes) No |

**RESPIRATORY:**

| | |
|---|---|
| Cough? | Yes (No) |
| Shortness of Breath? | Yes (No) |
| Wheezing? | Yes (No) |
| Chest Congestion? | Yes (No) |

**GASTROINTESTINAL:**

| | |
|---|---|
| Nausea? | Yes (No) |
| Vomiting? | Yes (No) |
| Diarrhea? | Yes (No) |
| Constipation? | Yes (No) |
| Abdominal Pain? | Yes (No) |
| Blood in Stool? | Yes (No) |
| Heartburn? | Yes (No) |

**GENITOURINARY:**

| | |
|---|---|
| Painful Urination? | Yes (No) |
| Blood in Urine? | Yes (No) |
| Urinary Frequency? | Yes (No) |
| Urinary Hesitancy? | Yes (No) |
| Incontinence? | Yes (No) |

**MUSCULOSKELETAL:**

| | |
|---|---|
| Back Pain? | (Yes) No |
| Joint Pain? | (Yes) No |
| Joint Swelling? | (Yes) No |
| Muscle Soreness? | (Yes) No |
| Arthritis? | Yes (No) |

**SKIN:**

| | |
|---|---|
| Sensation Disturbance? | Yes No |
| Bruising? | (Yes) No |
| Birthmark? | (Yes) No |
| Rash? | Yes (No) |
| Itching? | Yes (No) |
| Dryness? | Yes (No) |
| Suspicious Lesions? | Yes (No) |

**NEUROLOGICAL:**

| | |
|---|---|
| Headaches? | Yes (No) |
| Memory Loss? | Yes (No) |
| Confusion? | Yes (No) |
| Transient Paralysis? | Yes (No) |
| Weakness? | Yes No |
| Numbness? | Yes No |
| Tingling? | Yes No |
| History of Seizures? | Yes (No) |
| Syncope?(fainting) | Yes (No) |
| Tremors? | Yes (No) |
| Vertigo?(dizzy) | Yes (No) |

**PSYCHIATRIC:**

| | |
|---|---|
| Depression? | Yes (No) |
| Anxiety? | Yes (No) |
| Memory Loss? | Yes (No) |
| Mental Disturbance? | Yes (No) |
| Suicidal Thoughts? | Yes (No) |
| Mood Disorders? | Yes (No) |
| Paranoia? | Yes (No) |
| Sleep Disturbances? | Yes (No) |
| Eating Disorder? | Yes (No) |

**ENDOCRINE:**

| | |
|---|---|
| Sensitivity to Cold? | Yes (No) |
| Sensitivity to Heat? | Yes (No) |
| Abnormal Weight Gain? | Yes (No) |
| Excessive Thirst? | Yes (No) |
| Excessive Urination? | Yes (No) |
| Excessive Hunger? | Yes (No) |
| Diabetes? | Yes (No) |

**HEMATOLOGIC / LYMPHATIC:**

| | |
|---|---|
| Chronic Infections? | Yes (No) |
| Abnormal Bruising? | Yes (No) |
| Bleeding? | Yes (No) |
| Enlarged Lymph Nodes? | Yes (No) |

**ALLERGIC / IMMUNOLOGIC:**

| | |
|---|---|
| Hives? | (Yes) (No) |
| Hay Fever? | (Yes) No |
| Persistent Infections? | Yes (No) |
| HIV Exposure? | (Yes) No |
| Runny Nose? | (Yes) No |
| Sinus Congestion? | (Yes) No |

**EXTREMITIES:**

| | |
|---|---|
| Redness of a limb? | (Yes) No |
| Swelling of a limb? | (Yes) No |
| Discoloration of a limb? | (Yes) No |





# REGISTRATION FORM

| | | | | |
|---|---|---|---|---|
| **Today's Date:** | **7/18/2017** | **Doctor:** | **BURKE, ROBERT L.** | **Account#:** 1049450 |
| **Patient's GIVEN Name:** | **TRACIE WARD** | | | |
| | *Last, First, MI* | | | |
| **Address:** | **3105 BUCKEYE LANE** | | | |
| **City:** | **PEARLAND** | **State:** TX | | **Zip:** 77584 |
| **Home Ph#:** | **9495007468** | **Marital Status:** ☑M ☐S ☐D ☐W | | **Gender:** ☐Male ☑Female |
| **Date of Birth:** | **7/1/1967** | **SSN:** 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 | | |
| **Patient's Employer:** | MACY'S | | **Work #:** 713-280-2500 | |
| **Address:** | | | | |
| **City:** | PEARLAND | **State:** TX | | **Zip:** 77584 |

| | | | |
|---|---|---|---|
| **INSURED or Guarantor's Name:** | **TRACIE WARD** | | |
| | *Last, First, MI* | | |
| **Address:** | **3105 BUCKEYE LANE** | | |
| **City:** | **PEARLAND** | **State:** TX | **Zip:** 77584 |
| **Home Ph#:** | **9495007468** | **Relation to Patient:** | |
| **Date of Birth:** | 7-1-67 | **SSN:** | |
| **Employer:** | | | **Work #:** |
| **Address:** | | | |
| **City:** | | **State:** | **Zip:** |
| **Insurance Company:** | BLUE CROSS/BLUE SHIELD | | **Phone #:** 800-458-6024 |
| **Address:** | | | |
| **City:** | | **State:** | **Zip:** |
| **Policy / SSN #:** | | **Group #:** | |

| | | | |
|---|---|---|---|
| **Emergency Contact:** | MICHAEL WARD | **Phone #:** | 281-389-0600 |
| **Relationship to Patient:** | HUSBAND | | |
| **Referral Source:** | INTERNET | **Phone #:** | |

(Rev 1/23/02)

Account Number: 1049450

**THE INFORMATION PROVIDED IN THIS FORM IS CRITICALLY IMPORTANT AND IT IS ESSENTIAL THAT YOU READ THIS DOCUMENT VERY CAREFULLY**

Fondren Orthopedic Group L.L.P. relies solely upon the information you provide to us in this statement and in the other documents you will complete in order to collect payment from your Insurance Company. If this information is inaccurate, Fondren Orthopedic Group L.L.P., will be unable to process your eligibility to receive insurance benefits from your Insurance Company, which may inhibit and hamper the processing of your claim.

Furthermore, if the information you present is inaccurate, Fondren Orthopedic Group L.L.P., may not be able to collect payment from your Insurance Company and will need to make other payment arrangements with the person requesting the services provided by Fondren Orthopedic Group L.L.P. *Providing false information on the requested forms is not a good solution and will only result in serious legal consequences in the future.*

This document is to be completed by the <u>insured person</u> named below.

If you do not have private medical insurance, Medicaid or Medicare coverage, please inform us of that fact so we can attempt to make alternative arrangements for your medical care.

Patient Name: **TRACIE WARD** (Person seeking medical care)

Insured's Name: **TRACIE WARD / RICHARD WARD** (Person completing this form)

Insured's Employer Name: **CUMMINS-ALLISON**

Insured's Social Security #: **553-**

Insurance Company: **BLUE CROSS / BLUE SHIELD**

Policy Number: **CME 822125093**

Group Number: **094805**

**CERTIFICATIONS REGARDING ELIGIBILTY FOR MEDICAL BENEFITS**
Please write your initials beside each statement indicating that you are making the certification stated therein. By writing your initials beside each statement, you are acknowledging that you understand each of these statements and that to the best of your knowledge each of these statements is true and correct. Finally, by writing your initials beside each statement you are agreeing to take any and all action necessary by the statement made therein. If you are unable to make these certifications, please inform Fondren Orthopedic Group L.L.P., of that fact immediately.

√ RW        I hereby certify that the Insurance Company named above is my current medical insurance provider and that I or my family member is currently entitled to receive any and all medical benefits provided under this policy.

_____        I hereby certify that I am currently employed by the Employer named above and that I have not been terminated nor have I resigned my position with my current Employer.

---

Fondren Orthopedic Group L.L.P.                 Page 1

Account Number: 1049450

I hereby certify that in the event I am terminated or resign my position with Employer prior to any Fondren Orthopedic Group L.L.P., physician or employee providing any service to Patient, I will inform Fondren Orthopedic Group L.L.P., of the change in my employment status prior to receiving any additional services from any Fondren Orthopedic Group L.L.P. physician or employee.

I hereby certify that in the event there is any lapse in the medical benefits provided by the Insurance Company prior to or during the course of treatment by any Fondren Orthopedic Group L.L.P. physician or employee, I will inform Fondren Orthopedic Group L.L.P. of any lapse in the medical benefits provided by the Insurance Company prior to receiving any additional services from any Fondren Orthopedic Group L.L.P. physician or employee.

If applicable, I hereby certify that my son or daughter is currently enrolled as a full time student (however that is defined by said institution) at _____ and that my son or daughter is not for any reason prohibited from receiving benefits under the Insured's policy.

I hereby bind myself to pay Fondren Orthopedic Group L.L.P. on demand no more than the sum, which shall become due to Fondren Orthopedic Group L.L.P. whenever the Insurance Company shall fail to pay the same for any of the following reasons:

(1)    The medical benefits provided by Insurance Company were terminated because the Insured was not employed by Employer at the time Patient sought the services of any Fondren Orthopedic Group L.L.P. physician or employee and was therefore ineligible to receive benefits;

(2)    Any statement or representation made by the Insured regarding the existence of medical benefits provided by Insurance Company which are later discovered to be false or otherwise inaccurate and prevents Fondren Orthopedic Group L.L.P. from collecting payment from the Insurance Company;

(3)    Any statement or representation made by the Insured regarding the Employer or the Patient (other than medical information), which is later discovered to false or otherwise inaccurate and prevents Fondren Orthopedic Group L.L.P. from collecting payment from the Insurance Company; and

(4)    Any other statement or representation made by the Insured, which is later discovered to false or otherwise inaccurate and prevents Fondren Orthopedic Group L.L.P. from collecting payment from the Insurance Company.

I certify that the information I have provided herein is true and correct to the best of many knowledge and I give permission for Fondren Orthopedic Group L.L.P. to make any necessary inquires to verify the statements made herein. I agree to the obligations contained herein and in the other documents accompanying this certification and I hereby acknowledge and understand the purposes for which this information is needed.

By: _____ Signature

**TRACIE WARD** _____ Printed Name

**3105 BUCKEYE LANE** _____ Street Address

**PEARLAND    TX   77584** _____ City, State and Zip

---

Fondren Orthopedic Group L.L.P.                          Page 2

1049450

### Fondren Orthopedic Group L.L.P.

Patient Name: **TRACIE WARD**

Clinic ID#: **1049450**

Insurance Company: BLUE CROSS / BLUE SHIELD

ss#: 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

Provider Number: **104**

Statement Group: _____

**RELEASE OF INFORMATION:** I hereby authorize Fondren Orthopedic Group, L.L.P. to release any or all information acquired in the course of my examination and/or treatment.

I understand this may include the release of any medical or other information required in the processing of claims for payment. I also authorize the release of information to another doctor or health care facility to which the patient may be transferred or referred.

**MEDICARE – PATIENT'S CERTIFICATION:** I certify that the MEDICARE information given by me is correct. As this office does accept assignment with Medicare, this information will be used for the purpose of processing my Medicare claims for payment. I understand, due to government regulations, that if Medicare coverage is available to me, I must inform my physician. I also understand, if in addition to Medicare, I am covered under an EMPLOYER GROUP HEALTH INSURANCE, LIABILITY, NO-FAULT, WORKERS' COMPENSATION, or any other insurance which may be responsible for payment, I must inform this office.

I have read and understand the above statement regarding MEDICARE coverage.

I have **Medicare Part B** coverage: ☐ Yes ☑ No
If yes, the type of coverage:
☐ Traditional Medicare OR ☐ Medicare Replacement Policy (HMO)
Medicare is my primary or secondary coverage: |-

I have **Medicaid** coverage: ☐ Yes ☑ No
If yes, the type of coverage is:
☐ Traditional Medicaid OR ☐ Medicaid HMO Policy ☐ Chips Program
Medicaid is my primary or secondary coverage: |-

I am seeing the doctor for a work-related injury: ☐ Yes ☑ No

**ASSIGNMENT OF BENEFITS:** I hereby authorize payment to the Fondren Orthopedic Group, L.L.P. of the surgical and/or medical benefits, if any, otherwise payable to me for services I have received.

☑ Payment is required today for all copays, deductibles, or co-insurance amounts that may be due by the patient.

**FINANCIAL OBLIGATION:** The undersigned hereby unconditionally guarantees full and prompt payment of all personal balances incurred as a result of services rendered to me during the course of my medical treatment.

_____   7-18-17      _____   7/18/17
Signature of Insured/Guardian    Date           Witness                  Date

FONDREN FORM 4

3502219
fog04x3.pdf

1049450

| | |
|---|---|
| Patient Name: **TRACIE WARD** | Doctor's Name: **BURKE, ROBERT L.** |
| Date of birth: **7/1/1967** | |
| Purpose of visit: **RIGHT KNEE/HIP** | |

Due to: ☐ **Illness**
Date of onset: _____

Due to: ☑ **Injury**
Date of injury: _7-1-17_
Where Injury occurred: _, L'AUBERGE HOTEL_
_LAKE CHARLES, LA_

Have you seen a doctor for this illness or injury?

☐ Yes     . . . . if yes:     Approximate date:: _____

☑ No     Doctor's name: _____

Address: _____

Phone number: _____

Was this related to an automobile accident?

☐ Yes     . . . . if yes:     Insurance Company: _____

☑ No     Agent name: _____

Address: _____

Phone number: _____

Patient's Signature: _(signature)_     Date: _7-18-17_

FONDREN FORM 4

3502219
fog04x3.pdf

**ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICES**

**FONDREN ORTHOPEDIC GROUP L.L.P.**

I, __TRACIE WARD_____, acknowledge and agree that I have reviewed a copy of Fondren Orthopedic Group's Notice of Privacy Practices.

_[signature]_____      9-18-17
Patient Signature                         Date

_____      _____
Signature of Patient's Legal Representative (if applicable)      Date

_____      _____
Print Name of Legal Representative            Relationship to patient

**Clinic Use Only**

Fondren Orthopedic Group, LLP made the following good faith efforts to obtain the above-referenced individual's written acknowledgement of the Notice of Privacy Practices:  [Identify the efforts that were made to obtain the individual's written acknowledgement, including the reasons (if known) why the written acknowledgement was not obtained.]:

_____

_____

_____

_____      _____
Signature of Employee                     Date

_____      _____
Print Name of Employee                     Title



**TRACIE WARD**

**FAMILY AND FRIENDS CONTACT FORM**

Persons who are involved in your care (family, friends, other doctors, etc.) may inquire about your treatment, lab results, prescriptions, etc.  Please let us know what persons we may share information with.  (Please note: In emergency situations or other situations outlined in our Notice of Privacy Practice we may share information with others who are not specifically listed on this form.)

**Please list those persons (including Family, Friends, Previous Treating Physicians, your Family Doctor (PCP), and other doctors/specialists) with whom we may share your information:**

RICHARD WARD

**What is the best phone number for us to contact you?**
Phone Number: _949-500-7468_
What is this number (Home, Work, Cell, Other)? _CELL_

From time to time we will leave a message for you (as stated in our Notice of Privacy Practices) on an answering machine, voice mail, or with another individual in your absence.  Is it OK for such message to include underline details (such as diagnosis and medication information) at this number? _YES_

**What other ways may we contact you?  Please list any that are acceptable ways to reach you.**
Home Phone Number: _none_
Is it OK to leave a detailed message at this number in your absence? _____

Work Number: _____
Is it OK to leave a detailed message at this number in your absence? _no_

Cell Phone Number: _ABOVE_
Is it OK to leave a detailed message at this number in your absence? _____

Other: _____
Is it OK to leave a detailed message at this number in your absence? _____

_(signature)_                                              _9-18-17_
Signature of Patient or Legal Representative              Date

_____                                              _____
Print name of Patient or Legal Representative            Relationship to Patient





## Fondren Orthopedic Group L.L.P.
7401 S. Main Street
Houston, TX 77030-4509
713-799-2300

### Authorization for the Use and Disclosure of Information to the U.S. Dept of Labor

I understand that my health insurance benefit plan may be governed under the federal rules of the Employee Retirement Income Security Act (ERISA) even though I may not be a retired person. ERISA requires that employers/insurance carriers subject to those rules respond to appeals regarding benefits only from a plan member or a plan member's authorized representative. By signing this form it will allow **Fondren Orthopedic Group, L.L.P.**, your medical provider, to : (1) submit any and all appeals on your behalf when your insurance company denies benefits to which we believe you are entitled, (2) submit a request for benefit information from your insurance company, and (3) initiate formal complaints to the appropriate state or federal agency that has jurisdiction over your plan.

I understand that by signing this form, I am authorizing the use and/or disclosure of my confidential Protected Health Information (PHI), as that term is defined under the Health Insurance Portability and Accountability Act of 1996 (HIPAA). I hereby authorize release of my confidential PHI by my medical provider, for the purposes stated herein. The information that is used and/or disclosed pursuant to this authorization may be redisclosed by the recipient unless the recipient is prohibited from redisclosure by state or federal law.

This authorization must be dated and signed by the patient or a person authorized by law to give this authorization. A copy, electronic or a facsimile transmission of this form shall be deemed the same as the signed original.

| TRACIE WARD | 1049450 |
|---|---|
| Patient's Name | Fondren Account Number |

| | 9-18-17 |
|---|---|
| Patient's Signature | Date |

If a Legal Representative (or Parent, Guardian, Conservator, or Authorized Representative) signs this authorization on behalf of the patient, complete the following:

| | |
|---|---|
| Legal Representative's Name | |

| | |
|---|---|
| Legal Representative's Signature | Date |

FOG Form 24 Revised 1-9-2007

## Fondren Orthopedic Group L.L.P.

Patient Name: **TRACIE WARD** _____     Insurance Company: _____

SSN: _____     Provider Number: **104** _____

## Important Notice

The following physicians are non-participating physicians in the Texas Division of Workers' Compensation Program. Therefore, they are not listed as part of the ADL (Approved Doctor List) of the TDI – DWC (Texas Department of Insurance – Division of Workers' Compensation) and are not authorized in any capacity to treat patients for any work-related injury under the Division of Workers' Compensation system.

## Non-ADL Physicians

**Gary T. Brock, M.D.** (effective 9-1-03)        **Robert L. Burke, M.D.** (effective 9-1-03)
**Howard R. Epps, M.D.** (effective 9-1-03)       **Gary M. Gartsman, M.D.** (effective 9-1-03)
**Richard J. Kearns, M.D.** (effective 9-1-03)    **Jeffrey A. Kozak, M.D.** (effective 6-11-06)

_According to Texas Labor Code § 413.042 the patient is responsible for ALL healthcare expenses incurred if he or she violates Texas Labor Code § 408.022 relating to the selection of a doctor and receives medical treatment from a physician NOT chosen from a list of doctors approved by the Division._

**Patient Certification:** I hereby certify that the information provided by me is truthful, accurate and correct. I fully understand the above mentioned state law as well as any related regulations.

I have read and understand the above statement regarding WORKERS' COMPENSATION BENEFITS coverage.

☐ This is a work-related condition, injury or symptom.

☑ This is NOT a work-related condition, injury or symptom.

I am scheduled to see Doctor: **BURKE, ROBERT L.** _____

**Financial Obligation:** I understand if the information I provide is inaccurate, Fondren Orthopedic Group L.L.P., may not be able to collect payment from my Insurance Company. I also understand and acknowledge that providing false information on the completed forms will result in serious legal consequences for myself.

I hereby affirm that I am responsible to pay Fondren Orthopedic Group L.L.P., on demand for my medical services if I violated Texas law and knowingly selected a physician not chosen from a list of doctors approved by the Division of Workers' Compensation. Further, I understand that I will be financially liable if my Insurance Company declares the services to be work-related resulting in a request for refund, if I do not dispute the issue to declare it otherwise.

Printed Name: **TRACIE WARD** _____

Signature _____  7-18-17  _____  7/18/17
Patient    Date          Witness          Date

FOG Form 31 Revised 3/13/2007





### Fondren Orthopedic Group L.L.P.
**BURKE, ROBERT L.**
7401 S. Main Street
Houston, TX 77030-4509
713-799-2300

## Office Policies and Procedures

Dear Patient: **TRACIE WARD**

We are pleased that you have selected our physician to evaluate and treat your orthopedic condition. In order to facilitate your care, we have the following office policies. Please read them closely and ask us to clarify any questions that you may have.

1) Your physician is trained as an orthopedic surgeon with absolutely no training in pain management. As such, he or she does not and will not prescribe medications for treatment of chronic pain for those patients who have no need for surgery. Ample pain medicine is provided in the hospital for patients after surgery and for 6 weeks after discharge. Patients with pain management problems will be referred to their primary care provider or to a pain management specialist.

2) For those patients for whom a medication was prescribed, refills may be requested only during office hours from Monday through Thursday, 8:00 am until 4:00pm. **NO REFILLS WILL BE CALLED IN ON FRIDAYS NOR WILL FONDREN ORTHOPEDIC GROUP ACCEPT ANY REQUEST FOR REFILLS OVER THE WEEKEND.**

3) We respect the value of your time and will make effort to remain on schedule. However, due to the nature of our medical practice, emergencies may, on rare occasion, cause us to be late or necessitate office visit rescheduling. In that event, we will make every attempt to contact you ahead of time. Please provide us with alternative methods of contact for you like an e-mail address.

4) Patient care and surgery are the main priority for our staff and physician. Although we understand that disability forms may be required by your employer or creditor we cannot complete these forms during clinic hours. Please allow 7 to 10 days for their completion. Be sure to complete your portion of the form to avoid further delay and provide a stamped, addressed envelope or fax number. Although we are happy to fill out forms for our patients, they will be completed as our work load allows. There is a *$25 fee* for each form. We regret any inconvenience this may cause.

5) If you have any accounting or billing inquiries, please request the insurance department when calling our main number: 713-799-2300.

Please sign below to indicate that you have read and fully understand these policies.

| TRACIE WARD | _(signature)_ | 7-18-17 |
|---|---|---|
| Patient's Name | Patient's Signature | Date |

FOG Form 2004 Revised 2/26/2011

1049450

3502223



**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A Pearland, TX 77584
(713) 436-3488 Fax: (713) 436-3860

January 30, 2018
Page 1
Office Visit

**TRACIE L WARD**
Female DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

07/18/2017 - Office Visit: NP RT Knee/Hip Pain
Provider: Robert L Burke MD
Location of Care: FONDREN ORTHOPEDIC GROUP LLP - PEARLAND

**Chief Complaint:** Right knee and hip pain

**History of Present Illness**
TRACIE WARD is a 50 year old right handed female who comes in for a new patient visit today.
**Medication**
ATORVASTATIN CALCIUM TABS (ATORVASTATIN CALCIUM TABS)
METOPROLOL SUCCINATE ER XR24H-TAB (METOPROLOL SUCCINATE XR24H-TAB)

**Allergies**
No Known Allergies

**Review of Systems**
General: denies fever, chills, sweats, fatigue, weight loss
Cardiovascular: denies chest pains, fainting, ankle swelling, leg swelling, shortness of breath
Respiratory: denies cough, wheezing, painful breathing
Gastrointestinal: denies nausea/vomiting, change in bowel habits, blood in stool
Musculoskeletal: joint pain, joint swelling
Skin: denies rash, itching, dryness, mole changes
Neurologic: denies weakness, numbness, temporary paralysis, fainting
Psychiatric: denies depression, anxiety, tension, memory loss, difficulty sleeping
Endocrine: denies cold intolerance, heat intolerance, weight change, excessive urination
Heme/lymphatic: denies abnormal bruising, bleeding, enlarged lymph nodes
Allergic/Immunologic: denies hives, persistent infections, HIV exposure

**Past Medical History**
Hypertension (High blood pressure)
High Cholesterol
Other: Chronic Back Pain

**Past Surgical History**
Other: Lumbar Spine Surgery
Cervical Spine Surgery
Shoulder Surgery

**Family Medical History**
Arthritis
Cancer
Hypertension (High blood pressure)



**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 2
Office Visit

**TRACIE L WARD**
Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

## Social History
**Tobacco Use** never smoker
**Alcohol Use:** never
**Marital Status:** Married

## Vital Signs
Ht: 68 in. Wt: 240 lbs. BMI: 36.49

## Test Results
**Comments:** Initial visit on this 50-year-old female who presents for evaluation of right knee as well as hip pain secondary to a fall in a hotel room on 7/1/2017.  She has had progressive pain in the knee since that time.

Treatment consisting of ice as well as anti-inflammatories have been ineffective.

Examination right knee reveals a positive effusion.  She has pain on the medial joint line with a positive McMurray sign.  There is no instability noted. 0-105° of motion is present.

Examination of the right hip is normal limits.  She has a negative Homans sign.

Radiographic evaluation of the right knee is within normal limits.

My assessment is right knee pain due to a probable meniscal tear.

MRI evaluation is indicated.  Follow up status post MRI evaluation right knee.

## Impression
The patient presents for   Right knee and hip pain.
**My working orthopedic diagnoses are:**
Added new problem of Other tear of medial meniscus, current injury, right knee, initial encounter (ICD10-S83.241A)

Electronically signed by Robert L Burke MD on 07/18/2017 at 4:30 PM

02/16/2018 9:17:21 AM  UBUU FAXCUM  PAGE 20  OF 52



# FONDREN ORTHOPEDIC GROUP LLP - PEARLAND
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Office Visit

## TRACIE L WARD
Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

**07/25/2017 - Office Visit: FU RT Knee/MRI Result**
**Provider: Robert L Burke MD**
**Location of Care: FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**

## Chief Complaint: Right knee pain

## History of Present Illness
TRACIE WARD is a 50 year old right handed female who comes in for a test results visit today.
## Medication
ATORVASTATIN CALCIUM TABS (ATORVASTATIN CALCIUM TABS)
METOPROLOL SUCCINATE ER XR24H-TAB (METOPROLOL SUCCINATE XR24H-TAB)

## Allergies
No Known Allergies

## Review of Systems
**General:** denies fever, chills, sweats, fatigue, weight loss
**Cardiovascular:** denies chest pains, fainting, ankle swelling, leg swelling, shortness of breath
**Respiratory:** denies cough, wheezing, painful breathing
**Gastrointestinal:** denies nausea/vomiting, change in bowel habits, blood in stool
**Musculoskeletal:** joint pain, joint swelling
**Skin:** denies rash, itching, dryness, mole changes
**Neurologic:** denies weakness, numbness, temporary paralysis, fainting
**Psychiatric:** denies depression, anxiety, tension, memory loss, difficulty sleeping
**Endocrine:** denies cold intolerance, heat intolerance, weight change, excessive urination
**Heme/lymphatic:** denies abnormal bruising, bleeding, enlarged lymph nodes
**Allergic/Immunologic:** denies hives, persistent infections, HIV exposure

## Past Medical History
Reviewed No Changes Required.
Hypertension (High blood pressure)
High Cholesterol
**Other:** Chronic Back Pain

## Past Surgical History
Reviewed No Changes Required.
**Other:** Lumbar Spine Surgery
Cervical Spine Surgery
Shoulder Surgery

## Family Medical History
Reviewed No Changes Required.
Arthritis



**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 2
Office Visit

**TRACIE L WARD**
Female· DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

Cancer
Hypertension (High blood pressure)

**Social History**
**Alcohol Use:** never
**Marital Status:** Married

**Vital Signs**
Ht: 68 in. Wt: 240 lbs.  BMI:  36.49

**Test Results**
**Comments:** MRI evaluation right knee.  The study demonstrates a tear of the lateral meniscus.

The findings have been presented to the patient.  She elects to proceed with a diagnostic arthroscopy with associated meniscectomy.

Informed consent is obtained.

Anticipated return to work would be 4 weeks postoperatively.

**Impression**
The patient presents for   Right knee pain.
My working orthopedic diagnoses are:
Changed problem from Other tear of medial meniscus, current injury, right knee, initial encounter (ICD10-S83.241A) to Other tear of lateral meniscus, current injury, right knee, initial encounter (ICD10-S83.281A)

**Electronically signed by Robert L Burke MD on 07/25/2017 at 5:15 PM**



# FONDREN ORTHOPEDIC GROUP, L.L.P.
# PEARLAND MRI
### 10223 BROADWAY, SUITE A, PEARLAND, TEXAS 77584
#### PHONE: 713-436-3488    FAX: 713-436-3860

PATIENT NAME:    WARD, TRACIE
SEX:    FEMALE
MR #:    960836482
DATE OF BIRTH:    07/01/1967
DATE OF EXAMINATION:    07/25/2017
ORDERING PHYSICIAN:    ROBERT BURKE, M.D.
EXAMINATION:    *MRI – RIGHT KNEE*

---

**CLINICAL DIAGNOSIS:** Medial right knee pain. Fell on 07/01/17. Evaluate for tears.

**DIAGNOSIS:** Mild chondromalacia of the patellofemoral joint is present with partial-thickness cartilage loss on the lateral side of the apex and edema of the medial cartilage. There is a small amount of joint fluid without evidence for a loose body. Mild lateral tilting of the patella is present. No abnormality of the quadriceps or patellar tendons is seen.

**COMMENTS:** Scans were performed in the sagittal, axial, and coronal planes, utilizing T1, T2, and inversion recovery images, done on a 0.2 Tesla magnet.

Chondromalacia is present, as noted. No focal bony abnormalities are seen. There is mild degenerative signal in the medial and lateral menisci without evidence for a tear. The anterior and posterior cruciate and medial and lateral collateral ligaments are within normal limits in signal and configuration.


Jeffrey C. London, M.D.
JCL:rs

This report has been electronically signed: 07/26/2017
Dictated:    07/26/2017
Transcribed:  07/26/2017

Job #:0726-039

Exam performed by: R.S.



**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Hospital Admission

**TRACIE L WARD**
Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

**07/25/2017 - Hospital Admission**
**Provider: Robert L Burke MD**
**Location of Care: FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**

## Texas Orthopedic Hospital Posting Sheet
Please complete and fax to 713-794-3589 or call 713-794-3539 for telephone scheduling

Surgery Date: 08/25/2017 _____  Time: _____

Patient Name: TRACIE L WARD _____

Date of Birth: 07/01/1967 _____  SS# 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 _____

Home: (949) 500-7468 _____  Work: _____

Admit to: (X) Day Surgery  ( ) Same Day Admit  ( ) 23 Obs  ( ) Inpatient/Room# ____
Type of Anesthesia: (X) General  ( ) Regional  ( ) Local  ( ) Choice  ( ) Other _____

Physician Name: Robert L. Burke, M.D. _____  Assistant: Aaron Maksymowski - CST/CFA _____

Diagnosis: Right  836.0 medial meniscus tear

Consent for: Right  29881 knee arthroscopy and RIGHT KNEE MENISCECTOMY

Estimated Procedure Time: _____
Check one: ( )C-arm ( )Portable ( )Fluroscan ( )Spinal Monitoring ( )Cell Saver
( )Microscope/Loupes

Implants/Instruments/Special Equipment/Bone Graft
Requests:

Special Needs: include anomalies, x-rays from another facility,standard precautions, Latex allergy,
cultural needs,etc.
Positioning/Aides:
Additional notes(observer, visitors, sales rep., etc.)

Confirmation Number:_____

Given To:_____
Date Posting Faxed: _____

Office Signature: _____

RCVD: _____



**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 2
Hospital Admission

**TRACIE L WARD**
Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

Double Checked: _____


**Electronically signed by Precilla Sigala on 07/25/2017 at 2:27 PM**

**Texas Orthopedic Hospital**
7401 Main Street
Houston, TX 77030

| | | | |
|---|---|---|---|
| PATIENT NAME: | WARD, TRACIE L | ADMIT DATE: | 08/25/2017 |
| ACCOUNT NUMBER: | Y00006864614 | ROOM NO: | |
| MEDICAL RECORD NO: | Y000232548 | DOB: | 07/01/1967 |
| REPORT TYPE: | PRE-OP HISTORY AND PHYSICAL | SEX: | F |

ADMISSION DATE: 08/25/2017

ADMITTING PHYSICIAN:
ATTENDING PHYSICIAN: Robert L Burke

ADMITTING DIAGNOSIS: Right knee meniscal tear.

HISTORY OF PRESENT ILLNESS: Ms. Ward is a 50-year-old female, who has been having progressive pain, catching, swelling, and locking involving the right knee. She injured her knee on 07/01/2017 after slipping and falling. Since that time, her pain has been progressive in nature. It has not improved despite anti-inflammatories, ice, and exercise. Her clinical as well as radiographic evaluation revealed symptomatic meniscal tear. Due to her progressive mechanical symptoms and lack of response to nonoperative intervention, she is admitted for arthroscopic meniscectomy and possible chondroplasty.

PAST MEDICAL HISTORY: Notable for chronic back pain, hypertension, and hypercholesterolemia.

PAST SURGICAL HISTORY: Previous surgeries include a lumbar laminectomy as well as cervical diskectomy and shoulder procedure.

FAMILY HISTORY: Notable for arthritis, prostate carcinoma as well as hypertension.

SOCIAL HISTORY: She is married. She is employed as retail sales person. She does not smoke nor does she drink.

MEDICATIONS: Consist of metoprolol, benazepril, and atorvastatin.

ALLERGIES: NO ALLERGIES ARE LISTED.

REVIEW OF SYSTEMS: Negative for ongoing angina, shortness of breath or dyspnea. Adamantly denies any previous history of superficial phlebitis or deep vein thrombosis.

PHYSICAL EXAMINATION:
VITAL SIGNS: Reveals her to be 5 feet 8 inches tall. She weighs 90.9 kilograms.
HEENT: Within normal limits.
CARDIAC EXAM: Regular rate and rhythm. No murmur.
CHEST: Clear.
ABDOMEN: Benign.
BACK: No CVA tenderness.
PERTINENT ORTHOPEDIC EVALUATION: Leg lengths are equal. Full painless motion of both hips.

Her right knee reveals an antalgic gait. She has a positive effusion. She has pain along the joint line with a positive McMurray's sign. There is no ligamentous instability noted. She has 0 to 120 degrees of motion. Her distal neurovascular status is intact.

PRE-OP HISTORY AND PHYSICAL                                    Page 1 of 2

⊘ 08/24/2017 3:18 PM          Nuance                →17134363860                              ⊓2

## Texas Orthopedic Hospital

DIAGNOSTIC DATA: Radiographic evaluation reveals no arthritic changes.  MRI evaluation reveals a positive meniscal tear.

ASSESSMENT: Symptomatic meniscal tear, right knee.

SURGICAL PLAN: Arthroscopy, meniscectomy, and possible chondroplasty.

I have gone over at length with Ms. Ward the associated risks involved with this procedure. She understands these include but not limited to bleeding, infection, neurovascular damage, persistent pain, loss of motion, need for further operative intervention, persistent pain, persistent limp, deep vein thrombi leading to pulmonary emboli along with complications secondary to anesthesia. She further understands that there are absolutely no guarantees or warranties that she will be pain free after the procedure. She accepts these risks and gives her informed consent to proceed.

Dictated By: Robert L Burke, MD

WT:        HP:Y.HIM/BURRO/NTS
DD:        08/24/2017 06:42:12
DT:        08/24/2017 08:50:25
Conf#:     2005365/DID#: 3960899

PATIENT NAME:     WARD, TRACIE L               ACCOUNT #:        Y00006864614
PRE-OP HISTORY AND PHYSICAL                                     Page 2 of 2

08/24/2017   2:19PM (GMT-05:00)



# FONDREN ORTHOPEDIC GROUP LLP - PEARLAND
10223 Broadway Suite.A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Transcription

## TRACIE L WARD
Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

08/25/2017 - Transcription: OPERATIVE REPORT
Provider: Robert L Burke MD
Location of Care: FONDREN ORTHOPEDIC GROUP LLP - PASADENA

OPERATIVE REPORT
Originating Physician: Robert L Burke, MD
Referring Physician: Robert L Burke, MD
0825-0023                TEXAS ORTHOPEDIC HOSPITAL
                         7401 SOUTH MAIN STREET
                         HOUSTON, TEXAS  77030

PATIENT NAME: WARD,TRACIE LYNN          ADMIT DATE:  08/25/17
ACCOUNT NO: Y00006864614                  ROOM NO:
MEDICAL RECORD NO: Y000232548                 AGE:  50
REPORT TYPE: OPERATIVE REPORT                 SEX:  F

ADMITTING PHYSICIAN:
ATTENDING PHYSICIAN:Burke,Robert L  MD


OPERATION DATE:  08/25/2017

PREOPERATIVE DIAGNOSIS:  Right knee meniscal tear.

POSTOPERATIVE DIAGNOSES:
1.  Radial tear, body of lateral meniscus, right knee, S83.281A.
2.  A 5-mm loose body, lateral compartment, right knee, M23.41.

PROCEDURES PERFORMED:
1.  Right knee diagnostic arthroscopy with an arthroscopic partial lateral
meniscectomy, 29881.
2.  Arthroscopic loose body removal, 29874.

ANESTHESIA:  General.

ESTIMATED BLOOD LOSS:  None.

TOURNIQUET TIME:  Ten minutes.

SURGEON:  Robert L Burke, MD

FIRST ASSISTANT:  Madison Crider, PA

CLINICAL INDICATIONS:  Ms. Ward is a 50-year-old female from Pearland, Texas,
who has been having progressive pain, catching, swelling, and locking
involving
her right knee.  Her symptoms have been refractory to nonoperative
intervention.



**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A Pearland, TX 77584
(713) 436-3488 Fax: (713) 436-3860

January 30, 2018.
Page 2
Transcription

**TRACIE L WARD**
Female DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

She is admitted for arthroscopic meniscectomy.

PROCEDURE IN DETAIL:
1.  RIGHT KNEE DIAGNOSTIC ARTHROSCOPY WITH AN ARTHROSCOPIC PARTIAL LATERAL MENISCECTOMY, 29881.
2.  ARTHROSCOPIC LOOSE BODY REMOVAL, 29874.

Ms. Ward was brought in the operative suite, at which time, she was placed in supine position on the OR table, routine monitors were established, and general
anesthesia was delivered. After satisfactory induction of general anesthesia, a
tourniquet was applied to the patient's right lower extremity per Ms. Crider. The leg was then placed in arthroscopic leg holder per Ms. Crider. The leg was
then elevated, exsanguinated, and tourniquetinsufflated to 300 mmHg. The right
knee was circumferentially prepped and draped in usual sterile fashion. Anterior arthroscopic portals were established and a systematic arthroscopic evaluation performed. Patellofemoral evaluation was within normal limits. The

PATIENT NAME: WARD,TRACIE LYNN          ACCOUNT #: Y00006864614

medial gutter was unremarkable. The medial compartment revealed no meniscal or
articular cartilage pathology.

The femoral notch revealed an intact anterior and posterior cruciate ligament. The lateral compartment revealed a radial tear of the body of lateral meniscus,
which was resected. A 5-mm loose body was noted in the lateral compartment, this was removed without difficulty. Early grade II changes noted involving the
lateral tibial plateau. Debridement was performed to any and all unstable articular cartilage.

The popliteal recess revealed no further loose bodies.

Thorough lavage was performed with lactated Ringer's solution. Arthroscopic portals were closed respectively with a subcuticular 4-0 Vicryl suture per Ms. Crider. Sterile dressing was applied by Ms. Crider. The patient was then extubated, taken to recovery room awake and alert without any anesthetic or operative complications. At the end of the case, sponge and needle counts were
correct x2.

During the procedure, Ms. Crider was invaluable in positioning the patient as well as in preparation and draping of the extremity. She was also responsible



# FONDREN ORTHOPEDIC GROUP LLP - PEARLAND
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 3
Transcription

## TRACIE L WARD
Female DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

in providing exposure for performance of the  procedure as well as in closure of
the postoperative incisions and application of postoperative dressing.

Dictated By: Robert L Burke, MD

```
WT:    OP:Y.HIM/BURRO/NTS
DD:    08/25/2017 08:49:13
DT:    08/25/2017 09:03:02
Conf#: 2007459/DID#: 3963008
```

Authenticated by Robert L Burke, MD On 08/25/2017 10:59:33 AM

Electronically Signed by Robert L Burke, MD on 08/25/17 at 1059

PATIENT NAME: WARD,TRACIE LYNN

ACCOUNT #: Y00006864614

**Signed before import by Robert L Burke MD**
**Filed automatically on 08/25/2017 at 11:02 AM**

Facility: TOH
Surgeon: DR BURKE                                           Page 1

**stryker**





**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Office Note

**TRACIE L WARD**                                    Home: (949) 500-7468
Female  DOB: 07/01/1967          960836482-1-FOG    Ins: BCBS - NON HMO/EPO Grp:
094805

**09/06/2017 - Office Note: PO RT Knee Sx 8/25/17**
**Provider: Robert L Burke MD**
**Location of Care: FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**

**Chief Complaint:** POST OP RT  KNEE LMT ,LOOSE BODY

**History of Present Illness**
TRACIE WARD is a 50 year old

**Assessment of Recent Symptoms**
She describes her pain as throbbing and .  On a scale of 1-10, with 1 being no pain and 10 being the worst
pain imaginable, her pain level today is a 3.
**Follow-up symptoms:**
Pain following surgery has improved.

**Medication**
ATORVASTATIN CALCIUM TABS (ATORVASTATIN CALCIUM TABS)
METOPROLOL SUCCINATE ER XR24H-TAB (METOPROLOL SUCCINATE XR24H-TAB)

**Allergies**
No Known Allergies

**Knee Exam**

Affected Limb:  Right
**Right Effusion:** Mild
**Calf Tenderness:**  Negative
**Homans:** Negative

**Discussion:**
Reviewed surgical pictures/findings, Explanation and Reassurance provided

**Counseling / Education**
Activity modification
Exercises
NSAIDS



## FONDREN ORTHOPEDIC GROUP LLP - PEARLAND

10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 2
Office Note

### TRACIE L WARD

Female  DOB: 07/01/1967                    960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp: 094805

**Treatment:**
I discussed the patient's pathology causing his symptomatology. At this time I recommend that the patient begin a formal therapy program regarding patient's . It was advised that patient use ice.
It was advised that patient use heat.
It was advised that the patient do home exercises.
We discussed Rest / Ice / Compression / Elevation.

**Follow up:**
Follow-up in 3-4 week(s)


**Electronically signed by Robert L Burke MD on 09/07/2017 at 8:01 AM**



**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Rx Refill

**TRACIE L WARD**
Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

**09/06/2017 – Rx Refill: MOB**
**Provider:** Robert L Burke MD
**Location of Care:** FONDREN ORTHOPEDIC GROUP LLP - PEARLAND

**Medications:**
MOBIC 15 MG TABS (MELOXICAM) 1 PO Q AM  #30[Tablet] x 1.
    Entered by:    Luciana A Andrews
    Authorized by:   Robert L Burke MD
    Electronically signed by: Luciana A Andrews on 09/06/2017
    Method used:   Electronically to
                 KROGER SOUTHWEST 343* (retail)
                 8323 BROADWAY
                 PEARLAND, TX  77584
                 Ph: (281) 997-6500
                 Fax: (281) 997-6305
    RxID:   1820309178595310

Electronically signed by Luciana A Andrews on 09/06/2017 at 9:26 AM

# FONDREN ORTHOPEDIC GROUP LLP - PEARLAND

10223 Broadway
Pearland, TX 77584
(713) 436-3488

Date: _9/6/2017_____ Patient Name: TRACIE L WARD

Patient Diagnosis:
Other tear of lateral meniscus, current injury, right knee, initial encounter (ICD10-S83.281A)

Date of Injury: _____ Date of Surgery: _8/25/2017_____

__X__ Physical Therapy      ___ Occupational Therapy

| Area to be Treated: | _X__ Right | ___ Shoulder | ___ Hand/Fingers | ___ Elbow | ___ Wrist |
|---|---|---|---|---|---|
| | ___ Left | _X__ Knee | ___ Hip | | |
| | ___ Bilateral | | ___ Other ( ) | | |

**_X_ Evaluate & treat as needed**

___ x a week _6_ weeks

___ Per protocol

___ Home exercise program

**PT Modalities**

___ As Needed
___ Hot Packs
___ Cold Packs
___ Ultrasound
___ Electrical Stimulation
___ Whirlpool/Hydrotherapy
___ TENS
___ Massage
___ Cross Friction Massage

**ROM:**
___ AROM
___ PROM
___ AAROM
___ ER 0 _____
___ ER 90 _____
___ Ab _____
___ FF _____

_X__ Muscle Strengthening
_X__ Stretching
___ Gait/Crutch Training
___ Pool/Aquatic Program
___ Sports Specific Training

**PT Rehab Protocols**
(See attached protocols)

___ s/p ACL W/Patellar Tendon
___ s/p ACL w/Hamstring/Allograft
___ s/p Medial/Lateral/Meniscectomy
___ s/p Medial/Lateral Meniscal Repair
___ s/p Rotator Cuff Repair
___ s/p Elbow Scope_____
___ s/p SLAP repair
___ s/p Subacromial decompression
___ Shoulder Instability Protocol
___ Adhesive Capsulitis Protocol
___ Impingement Syndrome Program
___ Patellofemoral Program
___ Interval Throwing Program
___ Other _____

Specific Instructions/ Comments: **PROACTIVE PLEASE EVALUATE & TREAT**

***This treatment is medically necessary.*** Physician Signature

## Fax From:
## ProActive Physical Therapy Centers

10223 Broadway Street Suite B
Pearland TX, 77584-7881
Phone: (713) 436-3900
Fax: (713) 436-3904

*9/7/2017 at 10:16 AM*

| | |
|---|---|
| **To:** | Robert Burke, MD |
| **From:** | Amy Hudak |
| **Regarding:** | WARD 1+, TRACIE |
| **Pages:** | 4 |

**Comments:**
Please review and sign PT POC. Thank you for this referrall

**Pearland**

10223 Broadway Street Suite B
Pearland, TX 77584-7881
(713) 436-3900 (phone)
(713) 436-3904 (fax)

## PLAN OF CARE CERTIFICATION

| | | | |
|---|---|---|---|
| Date of Service: | 9/7/2017 | | |
| Patient: | WARD 1+, TRACIE | DOB: | 7/1/1967 |
| Medical Record #: | 2543818 | Physician: | Robert Burke MD |
| Start of Care: | 9/7/2017 | Plan of Care Start Date: | 9/7/2017 |
| | | Number of Visits Since the Start of Care: | 1 |

Onset Date:        8/25/2017
Diagnosis(es):    M25661 Stiffness of right knee, not elsewhere classified
                          M25561 Pain in right knee
                          M23331 Other meniscus derangements, other medial meniscus, right knee
                          Z4789 Encounter for other orthopedic aftercare

Dear Dr. Burke:
Below is the plan of care for this patient. Details of the initial examination are attached for your reference.
Candidate for therapy services: Yes

## PATIENT REPORT

Patient Comments: Pt is a 50 year old female who was staying at a hotel on July 1st in a handicap room and the shower water would run out onto the flooring the way things were set up. She slipped on the wet floor and banged her knee on the floor. The hotel brought her ice and she rested and iced for an hour, then used a scooter to get around the rest of the day. The next day it was still swollen and painful, but she wanted to wait til she got home to see her MD. She had to wait because of July 4th weekend, and then her PCP said she should see an ortho instead of her. She got in with Dr Burke who did an MRI and then scheduled surgery. Pt had surgery 8-25-17. Since, she has had really good days and really bad ones. She can't stand > 15-20 min max and can't walk more than 10 min without increased pain. Going to a grocery store was awful. Pt is trying not to use her crutches but she finds when she is going anywhere that she needs to be on her feet for more than just going around the house, she needs them or the pain becomes awful.
Problems:
1.    pain in the R knee
2.    swelling R knee
3.    limited weight bearing status

Onset Date: 8/25/2017

Mechanism of Onset: s/p meniscal surgery
Characteristics:
Pain: Yes
  • Pain characteristics description: burning pain in the knee at times, but also can be a "sharp ache" intermittently. Also calf soreness and ankle pain
  • What makes the pain better?: ice helps some, supporting the leg in slight flexion/externally rotated
  • What makes the pain worse?: standing >= 15 min, walking >=10 min, any bending of the knee beyond small ranges, full extension

Symptom Scales: Verbal Numeric Rating Scale

| Date | Score | Comments |
|---|---|---|
| 9/7/2017 | 3-10/10 | best to worst in the past week |

Self-Report Survey: Lower Extremity Functional Scale (LEFS)

| Date | Score | Comments |
|---|---|---|
| 9/7/2017 | 20/80 | |

Red Flags: No

Medications:

| Medication Name | Dose | Frequency | Administration | Type |
|---|---|---|---|---|
| metoprolol | | | | |

benazapril

atorvastin

meloxicam

aleve prn

Comments: pt finished prednisone

**History:**

Other Medical Conditions: Yes   Comments: HPTN, high cholesterol

Prior Surgeries: Yes   Comments: R fx clavicle, neck surgery 2 years ago - laminectomy/fusion, LB surgery L4-5,S1 fusion about 23 years ago

Safety Considerations:

Allergies:
- Patient has Allergies: Yes
- Environmental: Yes   Comments: hay fever

Precautions/Contraindications:
- Patient Precautions/Contraindications: No

## EXAMINATION

**Observation:**

| Test/Measure | Right | Left |
|---|---|---|
| Superior Patella | 50 centimeters | 49.4 centimeters |
| Knee Joint Line | 45.6 centimeters | 44.8 centimeters |
| Inferior Patella | 39.7 centimeters | 39.8 centimeters |

**Palpation:**

| Test/Measure | Right | Left | Other |
|---|---|---|---|
| Symptoms Reproduced | | | Yes |
| Comments: TTP medial/lateral knee right as well as anterior knee and posterior calf | | | |
| Signs of Inflammation | Yes | No | |

**AROM/PROM:**

| Test/Measure | AROM | PROM | Other |
|---|---|---|---|
| Knee Flexion – Right | 114 Degrees | | |
| Comments: AROM: w/ pain | | | |
| Knee Extension – Right | -3 Degrees | | |
| Comments: AROM: hypo | | | |
| Ankle Dorsiflexion – Right | 10 Degrees | | |
| Knee Flexion – Left | 127 Degrees | | |
| Knee Extension – Left | 10 Degrees | | |
| Comments: AROM: hyper | | | |
| Ankle Dorsiflexion – Left | 10 Degrees | | |

**Strength:**

| Test/Measure | Right | Left |
|---|---|---|
| Knee Extensors | -4 | 5 |
| Knee Flexors | -4 | 5 |
| Hip Flexors | -4 | 5 |
| Hip Extensors | -4 | 5 |
| Hip Abductors | 5 | 5 |
| Hip Adductors | 4 | 5 |
| Ankle Dorsiflexors | 5 | 5 |
| Ankle Plantarflexors | -3 | 5 |

Comments: R: partial heel raise
L: 20 reps

Standardized Performance Tests:

| Test/Measure | Right | Left | |
|---|---|---|---|
| Single Leg Stance Test | 1.5 Seconds | 30 Seconds | |

## EVALUATION

**Assessment:** Pt is a 50 year old female who presents to PT s/p surgery for MMT performed on 8-25-17. Pt has pain and soreness in the R knee that is persistent and limiting. ROM is limited in both flexion and ext, and strength is limited in knee as well as hip and ankle. Gait is dysfunctional and pt has pain with ambulation. There is TTP and significant pain intermittently. Pt will benefit from PT to address deficits noted. Pt was instructed in initial HEP and provided with a printed copy of those exercises (see scanned). Pt received ice and HV to R knee as well as kinesiotaping to reduce swelling. Continue per POC on Flow.

Goals:

| No. | Goal |
|---|---|
| 1. | AROM R knee flex>= 120 deg, ext >= 5 deg hyperflexion without pain |
| 2. | Strength R LE >= 4+ to 5 throughout |
| 3. | Max pain levels <= 4-5/10 and intermittent. |
| 4. | LEFS>=40/80 |
| 5. | Pt to be independent with final HEP. |
| 6. | Pt able to ambulate demonstrating symmetrical gait pattern and no AD for sufficient distance to go grocery shopping |
| 7. | SLS R >= 30 sec |

**Rehabilitation Potential:** Good

## TREATMENT PLAN

**Treatment Schedule:**
Frequency of Care: 3 visits per week
Duration of Care: 2 weeks

**Followed by:**
Frequency of Care: 2 visits per week
Duration of Care: 4 weeks
Anticipated Treatment Techniques:
Manual therapy, therapeutic exercises/activities/NMR, modalities for pain and swelling, kinesiotape.

## INTERVENTIONS

Movement Interventions: See Attached

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 9/7/2017 | Therapeutic Exercises/Activities/NMR per Flow | | | | | |

Modalities:

| Date | Name | Device | Duration | Intensity | Other Settings | Other Information |
|---|---|---|---|---|---|---|
| 9/7/2017 | HV with ice to R knee | | 10 min | | | |

Notes:

| Date | Name | Description |
|---|---|---|
| 9/7/2017 | Rocktape | decreased swelling x2 R knee |

Total Treatment Minutes for the Visit: 68

_Amy Hudak PT_

Amy Hudak, PT

9/7/2017

Date

WARD 1+, TRACIE
Page 4 of 4

Digitally signed with RevFlow

I have reviewed and certify this plan of care for medically necessary services for this patient under my care.

**Plan of Care Start Date: 9/7/2017**
**Plan of Care Expiration Date: 10/27/2017**

_Madison Crider_
Robert Burke, MD
Madison Crider PA-C

_9/8/17_
Date

**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway
Pearland, TX 77584
(713) 436-3488

## WORK/ SCHOOL EXCUSE

**Date:** 9/19/17
**Patient Name:** TRACIE L WARD
TRACIE L WARD was in the office today
____ off work/school until _____
____ is unable to return to physical education activities until further notice
____ can return to physical education on _____
_x__ can return to work with the restrictions listed below on 9/15/17 THRU
10/20/17
____ has now recovered sufficiently to return to regular work duty on _____

**Restrictions:**  No squatting, no pivoting, no walking and standing for long periods
of time. Patient may sit down as needed for a few minutes.

**Remarks:** _____
_____

Robert L. Burke, M.D.

| | |
|---|---|
| **10223 Broadway, Suite A** | **12835 Gulf Freeway** |
| **Pearland, Texas 77584** | **Houston, Texas 77034** |
| **Phone (713) 436-3488** | **Phone (281) 991-8000** |
| **Fax (713) 436-3860** | **Fax (281) 991-1002** |



## FONDREN ORTHOPEDIC GROUP LLP - PEARLAND

10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Office Visit

**TRACIE L WARD**                                              Home: (949) 500-7468
Female  DOB: 07/01/1967              960836482-1-FOG   Ins: BCBS - NON HMO/EPO Grp:
094805

**10/04/2017 - Office Visit: FU RT Knee Sx 8/25/17**
**Provider:** Robert L Burke MD
**Location of Care:** FONDREN ORTHOPEDIC GROUP LLP - PEARLAND

### Chief Complaint:  S/P  RT KNEE SCOOPE

### History of Present Illness
TRACIE WARD is a 50 year old

### Assessment of Recent Symptoms
She describes her pain as throbbing and .  On a scale of 1-10, with 1 being no pain and 10 being the worst
pain imaginable, her pain level today is a 3.
**Follow-up symptoms:**
Pain following surgery has improved.

### Treatments tried prior to visit
Ice improved patient's symptoms.
Rest/Restricted Duty improved patient's symptoms.
Physical Therapy improved patient's symptoms.

### Medication
MOBIC 15 MG TABS (MELOXICAM) 1 PO Q AM
ATORVASTATIN CALCIUM TABS (ATORVASTATIN CALCIUM TABS)
METOPROLOL SUCCINATE ER XR24H-TAB (METOPROLOL SUCCINATE XR24H-TAB)

### Allergies
No Known Allergies

### Knee Exam

Affected Limb:  Right

### Patella Evaluation
**Right Crepitus:** Mild
**Right Patellar Tendon:** Pain is mild to palpation.
**Calf Tenderness:**  Negative
**Homans:** Negative

### General Comments



**FONDREN ORTHOPEDIC GROUP LLP – PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 2
Office Visit

**TRACIE L WARD**
Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

MILD TENDERNESS ACROSS PES BURSAE

**Discussion:**
Explanation and Reassurance provided

**Counseling / Education**
Chondro protective agents
Activity modification
Exercises
NSAIDS

**Treatment:**
It was advised that patient use ice.
It was advised that patient use heat.
It was advised that the patient do home exercises.
We discussed Rest / Ice / Compression / Elevation.

**Instructions:**
Comments WORK RELEASE 10/06/17

**Follow up:**
as needed

Electronically signed by Robert L Burke MD on 10/05/2017 at 7:36 AM



# FONDREN ORTHOPEDIC GROUP LLP - PEARLAND

10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Rx Refill

## TRACIE L WARD

Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

**10/04/2017 - Rx Refill: MED**
**Provider: Robert L Burke MD**
**Location of Care: FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**

**Medications:**
MEDROL (PAK) 4 MG TABS (METHYLPREDNISOLONE) Take as directed  #1[Package] x 0
    Entered by:    Luciana A Andrews
    Authorized by:  Robert L Burke MD
    Electronically signed by: Luciana A Andrews on 10/04/2017
    Method used:    Electronically to
                KROGER SOUTHWEST 343* (retail)
                8323 BROADWAY
                PEARLAND, TX  77584
                Ph: (281) 997-6500
                Fax: (281) 997-6305
    RxID:   1822732611408910

**Electronically signed by Luciana A Andrews on 10/04/2017 at 10:37 AM**



**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Office Visit

**TRACIE L WARD**
Female  DOB: 07/01/1967
094805

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

960836482-1-FOG

**10/17/2017 - Office Visit: FU RT Knee Sx 8/25/17**
**Provider:** Robert L Burke MD
**Location of Care:** FONDREN ORTHOPEDIC GROUP LLP - PEARLAND

**Chief Complaint:**  pain, FOLLOW UP  RT  MMT  LMT

### History of Present Illness
TRACIE WARD is a 50 year old female who comes in for a follow up visit today. The patient presents for right knee pain.

### Assessment of Recent Symptoms
She describes her pain as throbbing and . On a scale of 1-10, with 1 being no pain and 10 being the worst pain imaginable, her pain level today is a 3.
**Follow-up symptoms:**
Pain following surgery has improved.

### Treatments tried prior to visit
Ice improved patient's symptoms.
Heat improved patient's symptoms.
Rest/Restricted Duty improved patient's symptoms.

### Medication
MEDROL (PAK) 4 MG TABS (METHYLPREDNISOLONE) Take as directed
MOBIC 15 MG TABS (MELOXICAM) 1 PO Q AM
ATORVASTATIN CALCIUM TABS (ATORVASTATIN CALCIUM TABS)
METOPROLOL SUCCINATE ER XR24H-TAB (METOPROLOL SUCCINATE XR24H-TAB)

### Allergies
No Known Allergies

### Past Medical History
Reviewed No Changes Required.
Hypertension (High blood pressure)
High Cholesterol
**Other:** Chronic Back Pain

### Past Surgical History
History of Orthopedic surgery
Comments: RT Knee Arthroscopy
**Other:** Lumbar Spine Surgery
Cervical Spine Surgery
Shoulder Surgery



# FONDREN ORTHOPEDIC GROUP LLP - PEARLAND
10223 Broadway Suite A Pearland, TX 77584
(713) 436-3488 Fax: (713) 436-3860

January 30, 2018
Page 2
Office Visit

## TRACIE L WARD
Female DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

### Family Medical History
Reviewed No Changes Required.
Arthritis
Cancer
Hypertension (High blood pressure)

### Social History
**Alcohol Use:** never
**Marital Status:** Married

### Vital Signs
Ht: 68 in. Wt: 240 lbs. BMI: 36.49

### Knee Exam

Affected Limb: Right
**Right Effusion:** None

### Patella Evaluation
**Right Crepitus:** Mild
**Right Patellar Tendon:** Pain is mild to palpation.
**Right Patellar Grind:** Negative
**Calf Tenderness:** Negative
**Homans:** Negative

### Discussion:
Explanation and Reassurance provided

### Counseling / Education
Activity modification
Exercises
NSAIDS

### Treatment:
It was advised that patient use ice.
It was advised that patient use heat.
It was advised that the patient do home exercises.



**FONDREN ORTHOPEDIC GROUP LLP – PEARLAND**
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 3
Office Visit

**TRACIE L WARD**                                        Home: (949) 500-7468
Female  DOB: 07/01/1967            960836482-1-FOG    Ins: BCBS – NON HMO/EPO Grp:
094805

We discussed Rest / Ice / Compression / Elevation.
**Comments** MEDRAL THEN MOBIC

**Instructions:**
**It is recommended:**  Work Restrictions
**Comments** UNTIL 11/15/17

**Follow up:**
as needed

Electronically signed by Robert L Burke MD on 10/17/2017 at 4:32 PM



# FONDREN ORTHOPEDIC GROUP LLP - PEARLAND
10223 Broadway Suite A  Pearland, TX 77584
(713) 436-3488  Fax: (713) 436-3860

January 30, 2018
Page 1
Rx Refill

## TRACIE L WARD
Female  DOB: 07/01/1967
094805

960836482-1-FOG

Home: (949) 500-7468
Ins: BCBS - NON HMO/EPO Grp:

**10/17/2017 - Rx Refill: MED/MOB**
**Provider: Robert L Burke MD**
**Location of Care: FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**

**Medications:**
MOBIC 15 MG TABS (MELOXICAM) 1 PO Q AM  #30[Tablet] x 1
    Entered by:    Luciana A Andrews
    Authorized by:  Robert L Burke MD
    Electronically signed by: Luciana A Andrews on 10/17/2017
    Method used:    Electronically to
               KROGER SOUTHWEST 343* (retail)
               8323 BROADWAY
               PEARLAND, TX 77584
               Ph: (281) 997-6500
               Fax: (281) 997-6305
    RxID:   1823872598024190
MEDROL (PAK) 4 MG TABS (METHYLPREDNISOLONE) Take as directed  #1[Tablet] x 0
    Entered by:    Luciana A Andrews
    Authorized by:  Robert L Burke MD
    Electronically signed by: Luciana A Andrews on 10/17/2017
    Method used:    Electronically to
               KROGER SOUTHWEST 343* (retail)
               8323 BROADWAY
               PEARLAND, TX 77584
               Ph: (281) 997-6500
               Fax: (281) 997-6305
    RxID:   1823872598024150

**Electronically signed by Luciana A Andrews on 10/17/2017 at 3:17 PM**

**FONDREN ORTHOPEDIC GROUP LLP - PEARLAND**
10223 Broadway
Pearland, TX 77584
(713) 436-3488

## WORK/ SCHOOL EXCUSE

Date:_10/17/2017_____
Patient Name:  _TRACIE L WARD_
_TRACIE L WARD_ was in the office today
____ off work/school until _____
____ is unable to return to physical education activities until further notice
____ can return to physical education on _____
_X_ can return to work with the restrictions listed below on _10/17/17-11/15/2017___
____ has now recovered sufficiently to return to regular work duty on _____

Restrictions:  _No squatting, no pivoting, no walking and standing for long periods of time. Patient may sit down as needed for a few minutes.____

Remarks: _____
_____

Robert L. Burke, M.D.


**10223 Broadway, Suite A**          **12835 Gulf Freeway**

**Pearland, Texas 77584**          **Houston, Texas 77034**

**Phone (713) 436-3488**          **Phone (281) 991-8000**

**Fax (713) 436-3860**          **Fax (281) 991-1002**

# ProActive Physical Therapy Centers

10223 Broadway Street Suite B
Pearland TX, 77584-7881
**Phone:** (713) 436-3900
**Fax:** (713) 436-3904

*10/18/2017 at 2:11 PM*

| | |
|---|---|
| **To:** | Robert Burke, MD |
| **From:** | Karen Keeler |
| **Regarding:** | WARD 1+, TRACIE |
| **Pages:** | 3 |

**Comments:**
Please review and sign PT POC.  Thank you for this referral!

**Pearland**

10223 Broadway Street Suite B
Pearland, TX 77584-7881
(713) 436-3900 (phone)
(713) 436-3904 (fax)

## PLAN OF CARE RECERTIFICATION

| | | | |
|---|---|---|---|
| Date of Service: | 10/18/2017 | | |
| Patient: | WARD 1+, TRACIE | DOB: | 7/1/1967 |
| Medical Record #: | 2543818 | Physician: | Robert Burke MD |
| Start of Care: | 9/7/2017 | Plan of Care Start Date: | 10/18/2017 |
| | | Number of Visits Since the Start of Care: | 14 |
| Onset Date: | 8/25/2017 | | |
| Diagnosis(es): | M25661 Stiffness of right knee, not elsewhere classified | | |
| | M25561 Pain in right knee | | |
| | M23331 Other meniscus derangements, other medial meniscus, right knee | | |
| | Z4789 Encounter for other orthopedic aftercare | | |

Dear Dr. Burke:
Below is the updated plan of care for this patient. Details regarding the patient's progress to date are attached for your reference.
Candidate for therapy services: Yes

## PATIENT REPORT

**Patient Comments:** States since returning to work, she has had increased pain and swelling. Still has intermittent swelling and has to ice regularly. Does feel therapy has helped with improving strength and ROM, and feels she is better overall. Reports compliance with initial HEP activities. Feels therapy has been beneficial and wishes to continue.
Problems:

| No. | Current Functional Problem | Onset Date | Mechanism of Onset | Comments |
|---|---|---|---|---|
| 1. | pain in the R knee | 8/25/2017 | s/p meniscal surgery | |
| 2. | swelling R knee | | | |
| 3. | limited weight bearing status | | | |

Characteristics:
Pain: Yes   Comments: R knee

Symptom Scales: Verbal Numeric Rating Scale

| Date | Score | Comments |
|---|---|---|
| 9/7/2017 | 3-10/10 | best to worst in the past week |
| 10/18/2017 | 0/10 - 1/10 - 10/10 | best – current - worst (with return to work) |

Self-Report Survey: Lower Extremity Functional Scale (LEFS)

| Date | Score | Comments |
|---|---|---|
| 9/7/2017 | 20/80 | |
| 10/18/2017 | 40/80 | indicates moderate functional limitation related to the LE |

## EXAMINATION

AROM/PROM:

| Test/Measure | AROM | |
|---|---|---|
| | 9/7/2017 | 10/18/2017 |
| Knee Extension - Left | 10 Degrees | 10 Degrees |
| Comments: AROM: hyper | | |
| Knee Extension - Right | -3 Degrees | 1 Degrees |
| Comments: AROM: hyper | | |
| Knee Flexion - Left | 127 Degrees | 133 Degrees |
| Knee Flexion - Right | 114 Degrees | 130 Degrees |

**Strength:**

| Test/Measure | Right | | Left | |
|---|---|---|---|---|
| | 9/7/2017 | 10/18/2017 | 9/7/2017 | 10/18/2017 |
| Hip Abductors | 5 | 5 | 5 | 5 |
| Hip Adductors | 4 | 5 | 5 | 5 |
| Hip Extensors | -4 | 4+ | 5 | 5 |
| Hip Flexors | -4 | 5 | 5 | 5 |
| Knee Extensors | -4 | 5 | 5 | 5 |
| Knee Flexors | -4 | 5 | 5 | 5 |

**Standardized Performance Tests:**

| Test/Measure | Right | | Left | |
|---|---|---|---|---|
| | 9/7/2017 | 10/18/2017 | 9/7/2017 | 10/18/2017 |
| Single Leg Stance Test | 1.5 Seconds | 30 Seconds | 30 Seconds | 30 Seconds |

Comments: R: EC: 3 seconds
L: EC: 5 seconds

## EVALUATION

**Assessment:** Patient has attended 14 outpatient physical therapy sessions from 9/7/17 to 10/18/17. She has shown improvement in AROM, strength, and balance. Despite gains made, she continues to have loss of functional strength, swelling, and pain that limits her ADL ability. Recommend continued skilled physical therapy to address remaining impairments, and further improve overall function.

**Updated Functional Goals:**

| No. | Goal | % Achieved | Status | Comments |
|---|---|---|---|---|
| 1. | AROM R knee flex>= 120 deg, ext >= 5 deg hyperflexion without pain | 95 | In Progress | |
| 2. | Strength R LE >= 4+ to 5 throughout | 100 | Met | |
| 3. | Max pain levels <= 4-5/10 and intermittent. | 25 | In Progress | |
| 4. | LEFS>=40/80 | 100 | Revised | New goal: LEFS >= 55/80 |
| 5. | Pt to be independent with final HEP. | 50 | In Progress | |
| 6. | Pt able to ambulate demonstrating symmetrical gait pattern and no AD for sufficient distance to go grocery shopping | 75 | In Progress | |
| 7. | SLS R >= 30 sec | 100 | Met | |

**Rehabilitation Potential:** Good

## TREATMENT PLAN

**Treatment Schedule:**
**Frequency of Care:** 2 visits per week
**Duration of Care:** 6 weeks
**Plan of Care:**
**Anticipated Treatment Techniques:**
Therapeutic exercises, therapeutic activities, neuromuscular re-education, manual therapy, modalities for pain-control, and kinesiotape PRN.

## INTERVENTIONS

**Movement Interventions:** See Attached

| Date | Name | Mode | Frequency | Intensity | Duration | Other Information |
|---|---|---|---|---|---|---|
| 10/18/2017 | Therapeutic Exercises/Activities/NMR per Flow | | | | | |

**Modalities:**

| Date | Name | Device | Duration | Intensity | Other Settings | Other Information |
|---|---|---|---|---|---|---|
| 10/18/2017 | HV with ice to R knee | | 10 min | | | |

**Notes:**

| Date | Name | Description |
|---|---|---|

| 10/18/2017 | Rocktape | PFPS |
|---|---|---|

**Total Treatment Minutes for the Visit:** 70

Karen Keeler, PT, DPT, OCS

10/18/2017

_____                    _____
Karen Keeler, PT                                                Date
Digitally signed with RevFlow

I have reviewed and recertify this plan of care for medically necessary services for this patient under my care.

**Plan of Care Start Date:** 10/18/2017
**Plan of Care Expiration Date:** 12/17/2017

_Madison Crider_                                        10/19/17
_____                    _____
Robert Burke, MD                                               Date

Madison Crider PA-c