TRACIE WARD AND                    :    14TH JUDICIAL DISTRICT COURT
RICHAR WARD

VERSUS NO.: 2018-2002, DIV V      :    PARISH OF CALCASIEU

PINNACLE ENTERTAINMENT, INC.      :    STATE OF LOUISIANA   SCANNED
d/b/a L'AUBERGE LAKE CHARLES                                MAY 24 2018

                    MAY 14 2018
FILED: _____ :    _____
                                        DEPUTY CLERK OF COURT   1 conf

## PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel come, **TRACIE WARD**, (hereinafter

referred to as "Tracie"), and **RICHARD WARD**, (hereinafter referred to as "Richard"),

competent majors and residents of Brazoria County, Texas, who respectfully petitions this court

for an award of damages, for the following reasons, to-wit:

1

Made Defendant herein is **PINNACLE ENTERTAINMENT, INC. d/b/a L'AUBERGE**

**LAKE CHARLES**, (hereinafter referred to as "Pinnacle"), a foreign corporation, licensed to do

and doing business in the state of Louisiana, that may be served through its agent of process, CT

Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana, 70816.

2.

The amount in controversy in this matter does not exceed seventy-five thousand dollars

($75,000.00), exclusive of interest and costs.

3.

Venue is proper in the 14th Judicial District Court pursuant to Louisiana Code of Civil

Procedure Article 76. This is an action against a business corporation and its insured and the loss

occurred in Calcasieu Parish, Louisiana.

4.

The incident in question occurred on or about July 1, 2017 at L'auberge du Lac Casino

Resort, premises located at 777 Ave L'Auberge, in Lake Charles, Calcasieu Parish, Louisiana. At

the time of the incident, the premises were being used as a casino resort and hotel.

MAY 23 2018



Filing Date: 05/14/2018 12:00 AM
Case Number: 2018-002002
Document Name: PETITION          Page Count: 4

Date 05-14-18
Check # 675490
From Lunsly Law
Amt $450 00
Recd by CL

EXHIBIT
A

5.

At all material times hereto and at the time and on the occasion in question, Defendant, **Pinnacle**, owned, operated, and/or was in control of the above described premises known as L'auberge du Lac Casino Resort located at 777 Ave L'Auberge, in Lake Charles, Calcasieu Parish, Louisiana, on which Petitioner's injuries occurred.  Defendant, **Pinnacle**, was the owner of the premises and had the exclusive right to control the property on which Petitioner was injured.

6.

Petitioner, **Tracie**, was an invitee, consumer, and/or patron of Defendant's business establishment at the time of the incident in question.  Petitioner went on Defendant's premises for the mutual benefit of herself and Defendant and at the express and/or implied invitation of Defendant.

7.

Petitioner, **Tracie**, was a business invitee of Defendant's because on or about July 1, 2017, Petitioner came upon Defendant's premises as a patron and for the purpose of lodging.  Defendant extended an open invitation to the public, including the Petitioner, to enter the premises.

8.

Because Petitioner, **Tracie**, was an invitee at the time of the incident in question, Defendant, **Pinnacle**, owed her a duty to exercise ordinary care to keep the premises in a reasonably safe condition, inspect the premises to discover latent defect, to make safe any defects or give adequate warning of any dangers, and to take proper actions and make proper warning of remedial measures in place to cure and/or correct dangerous conditions on the property.

9.

Petitioner, **Tracie**, sustained severe injuries to her body when she fell as she was walking in her hotel room as a result of water overflowing into the room from the shower located in the room's bathroom.

10.

The above described accident and resulting injuries to **Tracie**, were caused through the sole fault and proximate fault and negligence of Defendant, **Pinnacle**, in the following, non-exclusive particulars:

A)   Failure to maintain the premises in a safe condition;
B)   Failure to inspect the premises to insure against unsafe conditions;
C)   Failure to warn customers of unsafe conditions on the premises;
D)   Failure to properly patrol and supervise the premises;
E)   Allowing the premises to become dangerous without taking precautions to safeguard the safety of their customers; and
F)   Failure to properly maintain the premises;
G)   Any other acts of negligence known only to defendant which may be found during discovery proceedings and which may be proved at a trial of this cause.

11.

Defendant, **Pinnacle**, breached a legal duty owed to **Tracie**, which resulted in injuries and damages for which **Pinnacle** is liable.

12.

As a result of the above-described accident, petitioner, **Tracie**, sustained injuries to her body as a whole, including, but not limited to right knee, right hip, and right ankle.  As a further result of the above described accident, petitioner, **Tracie**, has suffered emotionally, mentally and physically as a result of her injuries, causing past, present and future mental and physical pain and suffering, lost wages, mental anguish and emotional distress.  Additionally, she has suffered lost wages, loss of future wages, loss of enjoyment of life, past, present and future all for which she is entitled to recover from the defendants in a reasonable amount to be fixed by this Honorable Court.

13.

The husband of plaintiff, **Richard**, at all times material hereto was living and residing with her.  The said husband, **Richard**, suffered loss of consortium, services and society of his wife as a result of the above described accident and ensuing injuries to her, all for which **Richard, as husband to Tracie,** is entitled to recover in a reasonable amount to be fixed by this Honorable Court from the defendants.

14.

Petitioner, **Tracie**, in no way contributed to the incident and had no opportunity to avoid the injuries and losses sustained, as the incident and resulting damages were caused solely, exclusively and proximately by the fault, negligence, and carelessness of the Defendant, **Pinnacle**.

WHEREFORE, PETITIONER PRAYS that the defendants be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there be judgment in favor of **Tracie Ward and Richard Ward** against defendant, **Pinnacle** for a reasonable amount of general damages, special damages, lost wages, future lost wages, loss of enjoyment of life, past, present and future medical expenses and pain and suffering.

PETITIONER FURTHER PRAYS for judgment against the above named defendant for all costs of this suit, including the fees of experts and other experts called as witnesses, for legal interest on all amounts prayed for above, from the date of judicial demand until paid and for full, general, and equitable relief in the premises.

Respectfully submitted,
TOWNSLEY LAW FIRM, LLP

JACKSON T. BROWN, LSBA Roll No. 36397
3102 Enterprise Boulevard
Lake Charles, Louisiana  70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

**PLEASE SERVE DEFENDANT AS
SET FORTH IN PARAGRAPH ONE
OF THE PETITION.**

| | | |
|---|---|---|
| TRACIE WARD AND<br>RICHARD WARD | : | 14TH JUDICIAL DISTRICT COURT |
| VERSUS NO.: 2018-2002, DIV() | : | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC.<br>d/b/a L'AUBERGE LAKE CHARLES | : | STATE OF LOUISIANA |
| FILED:        MAY 1 4 2018 | : | DEPUTY CLERK OF COURT |

## REQUEST FOR WRITTEN NOTICE OF ANY AND ALL
## ORDERS, JUDGMENTS AND ASSIGNMENTS MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to provide us, counsel for **TRACIE WARD and RICHARD WARD**, plaintiffs in the above numbered and entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules or the merits thereof.

And, in accordance with the provisions of Articles 1913 and 1914 of the Code of Civil Procedure, you are additionally requested to send notice of any order or judgment rendered or made in this case immediately upon the entry or rendition of any such order or judgment.

Thank you for your cooperation.

Respectfully submitted,
**TOWNSLEY LAW FIRM, LLP**

**JACKSON T. BROWN**, LSBA Roll No. 36397
3102 Enterprise Boulevard
Lake Charles, Louisiana  70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

TRACIE WARD AND                    :        14TH JUDICIAL DISTRICT COURT
RICHAR WARD

VERSUS NO.: 2018- 2002 DIV 0       :        PARISH OF CALCASIEU

PINNACLE ENTERTAINMENT, INC.  :        STATE OF LOUISIANA
d/b/a L'AUBERGE LAKE CHARLES

                    MAY 14 2018

FILED: _____          :        _____
                                             DEPUTY CLERK OF COURT

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO:   Pinnacle Entertainment, Inc. d/b/a L'auberge Lake Charles
      Through its agent for service of process,
      CT Corporation System
      3867 Plaza Tower Drive
      Baton Rouge, Louisiana 70816

      Plaintiffs, **Tracie Ward and Richard Ward**, request that defendant, **Pinnacle Entertainment, Inc. d/b/a L'auberge Lake Charles**, answer, in accordance with the rules of Louisiana Civil Procedure, and within the appropriate time delays, the interrogatories set forth below.  In responding to these interrogatories, plaintiffs request that defendant, his/their officers or agents, furnish all information as is available and answer separately and in writing each interrogatory, under oath, unless it is objected to, in which event the reasons for the objection shall be stated.  The answers are to be signed by the person making them and any objections are to be signed by the attorney making them.

**INTERROGATORY NO 1:**

      Please state the name, address, present title or job position and telephone number of each and every individual who helps answer or participates in answering these interrogatories.

**INTERROGATORY NO. 2:**

      Please state the name and address of each person, including experts, having any knowledge of relevant facts related to the collision which is the basis of the suit herein, the cause thereof, or the damages resulting therefrom.

**INTERROGATORY NO. 3:**

      Please state the name and address of any potential party to this lawsuit, not already a party hereto.

**INTERROGATORY NO. 4:**

      Please state the name, address and qualifications of each expert witness whom you expect to call at the trial of this case, the subject matter concerning which the expert is expected to testify, and attach a copy of any report, including factual observations and opinions, which have been prepared by any such expert.

**INTERROGATORY NO. 5:**

Please state whether or not you have a copy of any statement, whether oral, written, or recorded, which the plaintiffs have previously made concerning the accident sued upon herein, or its subject matter, and which is in your possession, custody or control.

**INTERROGATORY NO. 6:**

Describe any insurance agreement under which any insurance company may be liable to satisfy part or all of any judgment which may be entered in this action, or to indemnify or reimburse payments made to satisfy any judgment, and give the name of the insurer and the amount of any liability insurance coverage.

**INTERROGATORY NO. 7:**

Please describe, in detail, any conversations you have had with the plaintiff, **Tracie Ward**, or any witnesses at the scene of the incident.

**INTERROGATORY NO. 8:**

Please describe what investigation you undertook to properly investigate the claim so as to determine the whether to resolve the claim.

**INTERROGATORY NO. 9:**

Please list all employees who were a witness to the incident of plaintiff.

**INTERROGATORY NO. 10:**

Please list the name of the employee who prepared an incident report for the incident sued upon herein.

**INTERROGATORY NO. 11:**

Please state the last time before the plaintiff's fall on July 1, 2017, that the shower and/or the bathroom floor in the room where Plaintiff fell was repaired or worked on.

**INTERROGATORY NO. 12:**

Please state if any repairs were made to the shower and/or the bathroom floor in the room where plaintiff fell after July 1, 2017.

**INTERROGATORY NO. 13:**

If your Answer to Interrogatory No. 12 is in the affirmative, please state who worked on or repaired the shower and/or bathroom floor where plaintiff fell after the  incident  sued upon.

**INTERROGATORY NO. 14:**

Please state if in the last five (5) years prior to the incident at issue, had anyone complained to Defendant or any of its employees of water overflowing from the shower in the room where Plaintiff fell?

**INTERROGATORY NO. 15:**

Please state if in the last five (5) years prior to the incident at issue, had anyone notified defendant or its employees of falls in the bathroom and/room at issue?

Respectfully Submitted
**THE TOWNSLEY LAW FIRM, LLP**

*Jackson Brown*

JACKSON T. BROWN, LSBA Roll No. 36397
3102 Enterprise Blvd.
Lake Charles, Louisiana 70601
Telephone: 337-478-1400
Facsimile: 337-478-1577

**Please Serve:**

**Pinnacle Entertainment, Inc. d/b/a L'auberge Lake Charles**
**Through its agent for service of process,**
**CT Corporation System**
**3867 Plaza Tower Drive**
**Baton Rouge, Louisiana 70816**

| | |
|---|---|
| TRACIE WARD AND<br>RICHAR WARD | 14ᵀᴴ JUDICIAL DISTRICT COURT |
| VERSUS NO.: 2018-*2002*, DIV *O* | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC.<br>d/b/a L'AUBERGE LAKE CHARLES | STATE OF LOUISIANA |

MAY 1 4 2018

FILED: _____

_Varah Hollier_

DEPUTY CLERK OF COURT

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## OF DOCUMENTS AND THINGS

TO:   **Pinnacle Entertainment, Inc. d/b/a L'auberge Lake Charles**
      **Through its agent for service of process,**
      **CT Corporation System**
      **3867 Plaza Tower Drive**
      **Baton Rouge, Louisiana 70816**

Pursuant to Articles 1461 and 1462 of the Louisiana Code of Civil Procedure, plaintiffs, **Tracie Ward and Richard Ward,** propound the following Request for Production of Documents to defendant, **Pinnacle Entertainment, Inc. d/b/a L'auberge Lake Charles,** request through their undersigned counsel that the following documents and things be produced either in person or by delivery of same through the United States Mail, at the law office of THE TOWNSLEY LAW FIRM, 3102 Enterprise Boulevard, Lake Charles, Louisiana, within thirty (30) days of the filing of this request, the following, to-wit:

1.   Copies of any and all photographs which were taken of the toilet that were the cause of the accident, parties, and scene of the incident sued upon;

2.   The name and address of any and all expert witnesses whom you expect to use in connection with this lawsuit, together with copies of all reports which have been prepared by said experts.   The preparation material for the report is hereby requested.

3.   True or certified copies of any and all policies of insurance, excess insurance, umbrella insurance, comprehensive general liability insurance, or any other insurance policies or agreements or any nature or kind whatsoever under which any person or entity carrying on any insurance business may be liable to satisfy part or all of a judgment which may be rendered in this action, or to indemnify or reimburse for payments made to satisfy any judgment, which extend coverage to the defendant, and in any way affecting the matters complained of in the petition herein, and affording coverage for the accident, which is the basis of this lawsuit.

4.   Copies of any and all statements made by the plaintiff, **Tracie Ward,** concerning the subject matter of this lawsuit, whether oral, written or recorded.

5.   Copies of any and all drawings, maps, or sketches of the scene of the accident made the basis of this lawsuit.

6.   Copies of any contract of employment which would govern the relationship with any other party or bear on the issue of scope of employment.

7.   Copies of any surveillance movies, photographs, video, etc. of the plaintiff.



8.     A list of the names and addresses of witnesses with knowledge of the facts of the incident made the basis of this lawsuit, and a brief summary of their testimony.

9.     A copy of the adjuster's file, excluding non-privileged documentation, which should include but is not limited to investigative material, correspondence to and from plaintiff, medical information, offers made, phone logs, checks issued, etc.

10.    Please produce all maintenance records pertaining to the shower and/or bathroom at issue from five years prior to the incident at issue to present, including maintenance records generated by contract labor.

11.    Please produce all inspection records of the shower and/or bathroom at issue from the five (5) years prior to the fall to present.

12.    Please produce any photos, statements, and incident reports taken or generated in response to the fall at issue.

13.    Please produce all surveillance footage from the L'auberge Lake Charles at issue from the day of the fall sued upon.

14.    Please produce all records or receipts of tile or floor work in the bathroom at issue for the five (5) years prior to the incident to present.


Respectfully Submitted
THE TOWNSLEY LAW FIRM, LLP

*Jackson Brown*

JACKSON T. BROWN, LSBA Roll No. 36397
3102 Enterprise Blvd.
Lake Charles, Louisiana 70601
Telephone: 337-478-1400
Facsimile: 337-478-1577


**Please Serve:**

**Pinnacle Entertainment, Inc. d/b/a L'auberge Lake Charles**
**Through its agent for service of process,**
**CT Corporation System**
**3867 Plaza Tower Drive**
**Baton Rouge, Louisiana 70816**

$69.36

**TRACIE WARD**
VS.    2018-002002
**PINNACLE ENTERTAINMENT LLC**



Citation

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: PINNACLE ENTERTAINMENT INC

D/B/A      L'AUBERGE      LAKE
CHARLES,
THRU CT CORPORATION SYSTEM,
3867 PLAZA TOWER DRIVE,
Baton Rouge, LA  70816

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of TRACIE WARD, ET AL   (PETITION FOR DAMAGES)    against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 14th day of May 2018.

Issued and delivered May 23, 2018

_Byron Wilkinson_
Byron Wilkinson
Deputy Clerk of Court

------------------------------------------------------------ SERVICE INFORMATION ------------------------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____        BY: _____
                                        Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.    P001

I made service on the named party through the
CT Corporation

JUN 07 2018

by tendering a copy of this document to
☐ Jeannine Beauregard   ☐ Brenna Beauregard
☐ C ☐ Allison Reed
_E. C. Cummins_
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

JUN 12 2018
FILED
_Katie Lovett_
Deputy Clerk of Court
Calcasieu Parish, Louisiana

SCANNED
JUN 13 2018

JUN 0 C 2018

CMS060654344
Filing Date: 05/23/2018 01:48 PM        Page Count: 1
Case Number: 2018-002002
Document Name: Citation

[ Original Copy ]
CMS0085

Page 1 of 1

SCANNED

JUN 2 7 2018



| | | |
|---|---|---|
| **TRACIE WARD AND** | : | **14TH JUDICIAL DISTRICT COURT** |
| **RICHARD WARD** | | |
| **VERSUS NO.: 2018-2002, DIV. D** | : | **PARISH OF CALCASIEU** |
| **PINNACLE ENTERTAINMENT, INC.** | : | **STATE OF LOUISIANA** |
| **d/b/a L'AUBERGE LAKE CHARLES** | | |

**FILED:** _____JUN 1 2 2018_____ :    Emilie  McPherson
                                            **DEPUTY CLERK OF COURT**

ICONF

### MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL
### AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, come **Tracie Ward and Richard Ward**, who move the Court for leave to file a First Supplemental and Amending Petition and represents to the Court that the filing of the First Supplemental and Amending Petition will not deter the progress of this action.

1.

The filing of the First Supplemental and Amending Petition will not deter the progress of or delay this matter.  There are no hearings or trials currently set in this matter.

WHEREFORE, **TRACIE WARD AND RICHARD WARD**, pray for an Order allowing the filing of this First Supplemental and Amending Petition.

Respectfully Submitted,

**THE TOWNSLEY LAW FIRM, LLP**

**JACKSON T. BROWN, LSBA Roll No. 36397**
3102 Enterprise Blvd.
Lake Charles, Louisiana 70601
Telephone: 337-478-1400
Facsimile: 337-478-1577

**SERVICE INSTRUCTIONS:**

1. **PNK (Lake Charles), L.L.C. d/b/a L'auberge Lake Charles**
   **Through its registered agent, C T Corporation System,**
   **3867 Plaza Tower Drive,**
   **Baton Rouge, Louisiana 70816**

2. **Pinnacle Entertainment, Inc.**
   **Through its agent of process, CT Corporation System,**
   **3867 Plaza Tower Drive**
   **Baton Rouge, Louisiana, 70816**

| TRACIE WARD AND<br>RICHARD WARD | : | 14TH JUDICIAL DISTRICT COURT |
|---|---|---|
| VERSUS NO.: 2018-2002, DIV. D | : | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC.<br>d/b/a L'AUBERGE LAKE CHARLES | : | STATE OF LOUISIANA |

FILED: _____ JUN 1 2 2018 _____    :    Emilie McPherson

DEPUTY CLERK OF COURT

## FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, come, **TRACIE WARD AND RICHARD WARD**, (hereinafter referred to as "the Wards"), residents of Brazoria County, Texas, respectfully amend their original Petition for Damages as follows:

I.

Plaintiff wishes to add paragraph 2a to the original Petition for Damages:

"2a.

Made defendant herein is **PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES**, (hereinafter referred to as "PNK"), a foreign Business Corporation authorized to do and doing business in the state of Louisiana who may be served through its registered agent, C T Corporation System, at 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816."

II.

Plaintiff wishes to supplement and amend paragraph 5 of the original Petition for Damages:

"5.

It is alleged on belief, that at all material times hereto and at the time and on the occasion in question, Defendants, **Pinnacle and/or PNK**, owned, operated, and/or was in control of the above described premises known as L'auberge du Lac Casino Resort located at 777 Ave L'Auberge, in Lake Charles, Calcasieu Parish, Louisiana, on which Petitioner's injuries occurred. Defendants, **Pinnacle and/or PNK**, was the owner of the premises and had the exclusive right to control the property on which Petitioner was injured.

III.

Plaintiffs wish to supplement and amend paragraph 8 of the original Petition for Damages:

"8.

Because Petitioner, **Tracie**, was an invitee at the time of the incident in question, Defendants, **Pinnacle and/or PNK**, owed her a duty to exercise ordinary care to keep the premises in a reasonably safe condition, inspect the premises to discover latent defect, to make safe any defects or give adequate warning of any dangers, and to take proper actions and make proper warning of remedial measures in place to cure and/or correct dangerous conditions on the property."

IV.

Plaintiffs wish to add Defendant, **PNK**, to all other paragraphs where named defendants appear, including but not limited to, paragraphs 10, 11, and 14 of the original Petition for Damages.

V.

Plaintiffs wish to supplement and amend the original WHEREFORE paragraph as follows:

"VI.

"WHEREFORE, PETITIONERS PRAY that the defendants be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there be judgment in favor of **the Wards** against defendant, **Pinnacle and/or PNK**, for a reasonable amount of general damages, special damages, lost wages, future lost wages, loss of enjoyment of life, past, present, and future medical expenses and pain and suffering, attorney's fees, costs of these proceedings and interest thereon. PETITIONERS FURTHER PRAY for judgment against the above named defendant for all costs of this suit, including the fees of experts and other experts called as witnesses, for legal interest on all amounts prayed for above, from the date of judicial demand until paid and for full, general, and equitable relief in the premises."

Petitioners reiterate and re-allege all the allegations set forth in the original petition as if set out herein in extensor, except as amended.

WHEREFORE, petitioners pray that they be allowed to supplement and amend their

original petition herein and that the Defendants, **Pinnacle and/or PNK**, be duly cited and served

with a copy and made to answer thereto.

Respectfully Submitted,

**THE TOWNSLEY LAW FIRM, LLP**

**JACKSON T. BROWN, LSBA Roll No. 36397**
3102 Enterprise Blvd.
Lake Charles, Louisiana 70601
Telephone: 337-478-1400
Facsimile: 337-478-1577

**PLEASE SERVE DEFENDANTS:**

1. **PNK (Lake Charles), L.L.C. d/b/a L'auberge Lake Charles**
   **Through its registered agent, C T Corporation System,**
   **3867 Plaza Tower Drive,**
   **Baton Rouge, Louisiana 70816**

2. **Pinnacle Entertainment, Inc.**
   **Through its agent of process, CT Corporation System,**
   **3867 Plaza Tower Drive**
   **Baton Rouge, Louisiana, 70816**

Citation



TRACIE WARD
VS.   2018-002002
PINNACLE ENTERTAINMENT LLC

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE THE STATE OF LOUISIANA

TO:  PNK (LAKE CHARLES) LLC

    d/b/a L' AUBERGE LAKE CHARLES
THROUGH ITS REGISTERED
AGENT CT CORPORATION
SYSTEM
3867 PLAZA TOWER DRIVE
Baton Rouge, LA 70816

**FILED**    JUL 1 3 2018

~~Kate Lovett~~
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of TRACIE WARD, and RICHARD WARD (FIRST SUPPLEMENTAL AND AMENDING PETITION) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.
CERTIFIED COPY OF ORIGINAL PETITION FOR DAMAGES ATTACHED HERETO AND MADE A PART HEREOF.
Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of June 2018.

Issued and delivered June 26, 2018

~~Kimberly Poullard~~
Kimberly Poullard
Deputy Clerk of Court

------------------------------------------------------------
SERVICE INFORMATION
------------------------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE    $_____      BY: _____
                                    Deputy Sheriff

MILEAGE    $_____

TOTAL $_____

Party No.    P001





RECEIVED

JUL 0 6 2018

E.B.R. SHERIFF'S OFFICE

SCANNED
JUL 1 6 2018

Filing Date: 06/25/2018 03:11 PM    Page Count: 1
Case Number: 2018-002002
Document Name: Citation

| Original Copy |
CMS0085

Page 1 of 1

**SCANNED**

**JUL 1 1 2018**

| | |
|---|---|
| TRACIE WARD AND RICHARD WARD  : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2018-2002, DIV. D            : | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC.      : | STATE OF LOUISIANA |
| d/b/a L'AUBERGE LAKE CHARLES | |
| FILED: _____JUL 0 9 2018_____  : | _____ |
| | DEPUTY CLERK |

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes defendant, PINNACLE

ENTERTAINMENT, INC. (hereinafter sometimes referred to as "PINNACLE"), who in answer

to the plaintiff's Petition for Damages pleads as follows:

CALCASIEU CLERK-COST
JUL 09 2018 AM11:19:10

1.

The allegations of paragraph 1 of plaintiffs' Petition for Damages are denied except to

admit the name and legal status of PINNACLE.

2.

The allegations of paragraph 2 of plaintiffs' Petition for Damages require no answer.

3.

The allegations of paragraph 3 of plaintiffs' Petition for Damages are admitted.

4.

The allegations of paragraph 4 of plaintiffs' Petition for Damages are denied for a lack of

sufficient information to justify a belief therein.

5.

The allegations of paragraph 5 of plaintiffs' Petition for Damages are denied.

6.

The allegations of paragraph 6 of plaintiffs' Petition for Damages are denied.

7.

The allegations of paragraph 7 of plaintiffs' Petition for Damages are denied.

8.

The allegations of paragraph 8 of plaintiffs' Petition for Damages are denied.

9.

The allegations of paragraph 9 of plaintiffs' Petition for Damages are denied.

10.

The allegations of paragraph 10 of plaintiffs' Petition for Damages are denied.

11.

The allegations of paragraph 11 of plaintiffs' Petition for Damages are denied.

12.

The allegations of paragraph 12 of plaintiffs' Petition for Damages are denied.

13.

The allegations of paragraph 13 of plaintiffs' Petition for Damages are denied.

14.

The allegations of paragraph 14 of plaintiffs' Petition for Damages are denied.

FURTHER ANSWERING the allegations of plaintiffs' Petition for Damages PINNACLE affirmatively avers and pleads as follows:

15.

The petitioner's accident and resulting injuries, if any, were caused in whole or in part by the fault of the petitioner which fault shall serve to bar petitioner's claims in their entirety or reduce petitioner's claim in proportion to petitioner's fault.

16.

The petitioner's accident and injuries, if any, were caused in whole or in part by the fault of third parties over whom PINNACLE had no control and for whose actions these defendants are not responsible.

17.

The condition which allegedly caused the petitioner's accident was open and obvious and did not create an unreasonable risk of harm. PINNACLE pleads the provisions of LA. R.S. 9:2800.6.

18.

PINNACLE lacked either actual or constructive notice of any unreasonably dangerous condition.

19.

The petitioner has failed to mitigate her damages.

20.

Any injuries received by the petitioner were due to pre-existing or unrelated conditions neither caused nor aggravated by the subject accident.

21.

Defendants are entitled to and hereby request trial by jury on all issues.

WHEREFORE, defendant PINNACLE ENTERTAINMENT, INC prays that this answer be deemed good and sufficient and after due proceedings are had there be judgment herein in favor of defendant dismissing the petitioners' claims with prejudice at petitioners' cost.

Respectfully submitted,

PLAUCHÉ, SMITH & NIESET, L.L.C.

BY: _____

THOMAS J. SOLARI (#19158)
1128 Pithon St.
Lake Charles, LA  70601
Telephone: (337) 436-0522
Facsimile:  (337) 436-9637

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, on this $\underline{5}$ day of July, 2018.

THOMAS J. SOLARI

| | | |
|---|---|---|
| TRACIE WARD AND RICHARD WARD | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2018-2002, DIV. D | : | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC. d/b/a L'AUBERGE LAKE CHARLES | : | STATE OF LOUISIANA |
| FILED: _____ **JUL 0 9 2018** _____ | : | _Kim Johnson_ |
| | | DEPUTY CLERK |

## REQUEST FOR WRITTEN NOTICE

TO:   Honorable H. Lynn Jones
      Clerk of Court, 14th Judicial District Court
      1000 Ryan Street
      Lake Charles, LA 70601

CALCASIEU CLERK-COST
JUL 09 2018 AM11:19:43

Dear Sir:

In accordance with the provisions of Article 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give us, as counsel for defendants, PINNACLE ENTERTAINMENT, INC. and PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES, in the above-numbered and entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing of the case, whether on exception, rules or the merits thereof.

And, in accordance with the provisions of Article 1914 and 1913 of the Louisiana Code of Civil Procedure, you are hereby additionally requested to send us immediately notice of any order or judgment made or rendered in this case upon the entry of any such order or judgment.

Thank you for your cooperation.

Respectfully submitted,

PLAUCHÉ, SMITH & NIESET, L.L.C.

BY: _____
    THOMAS J. SOLARI (#19158)
    1123 Pithon St.
    Lake Charles, LA  70601
    Telephone: (337) 436-0522
    Facsimile:  (337) 436-9637

TRACIE WARD AND RICHARD WARD :    14TH JUDICIAL DISTRICT COURT

VS. NO. 2018-2002, DIV. D       :     PARISH OF CALCASIEU

PINNACLE ENTERTAINMENT, INC.    :     STATE OF LOUISIANA
d/b/a L'AUBERGE LAKE CHARLES

CALCASIEU CLERK-COST
JUL 09 2018 AM11:19:36

FILED:     **JUL 0 9 2018**      :

DEPUTY CLERK

---

### ANSWER TO FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, comes defendant, PINNACLE ENTERTAINMENT, INC. (hereinafter sometimes referred to as "PINNACLE"), and PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES (hereinafter sometimes referred to as "PNK"), who in answer to the plaintiff's First Supplemental and Amending Petition pleads as follows:

1.

The allegations of paragraph I. of plaintiffs' First Supplemental and Amending Petition are denied except to admit the name and status of PNK.

2.

In response to the allegations of paragraph II. of plaintiffs' First Supplemental and Amending Petition, PINNACLE denies that it owned or operated a casino resort in Lake Charles, Louisiana known as L'Auberge Lake Charles at the times relevant hereto, specifically July 1, 2017. PNK admits that it owned and operated L'Auberge Lake Charles on July 1, 2017.

3.

The allegations of paragraph III. of plaintiffs' First Supplemental and Amending Petition area legal conclusions which require no answer. To the extent an answer is required, the allegations are denied.

4.

In response to the allegations of paragraph IV. of plaintiffs' First Supplemental and Amending Petition PINNACLE and PNK deny the allegations contained in paragraph 10, 11 and 14 of the original Petition for Damages.

5.

The allegations of paragraph V. of plaintiffs' First Supplemental and Amending Petition require no answer.

FURTHER ANSWERING the allegations of plaintiffs' First Supplemental and Amending Petition, defendants, PINNACLE and PNK affirmatively aver and plead as follows:

6.

The petitioner's accident and resulting injuries, if any, were caused in whole or in part by the fault of the petitioner which fault shall serve to bar petitioner's claims in their entirety or reduce petitioner's claim in proportion to petitioner's fault.

7.

The petitioner's accident and injuries, if any, were caused in whole or in part by the fault of third parties over whom PINNACLE and PNK had no control and for whose actions these defendants are not responsible.

8.

The condition which allegedly caused the petitioner's accident was open and obvious and did not create an unreasonable risk of harm.  PINNACLE and PNK plead the provisions of LA. R.S. 9:2800.6.

9.

PINNACLE and PNK lacked either actual or constructive notice of any unreasonably dangerous condition.

10.

The petitioner has failed to mitigate her damages.

11.

Any injuries received by the petitioner were due to pre-existing or unrelated conditions neither caused nor aggravated by the subject accident.

12.

Defendants are entitled to and hereby request trial by jury on all issues.

WHEREFORE, defendants PINNACLE ENTERTAINMENT, INC. and PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES pray that this answer be deemed

good and sufficient and after due proceedings are had there be judgment herein in favor of defendants dismissing the petitioners' claims with prejudice at petitioners' cost.

Respectfully submitted,

PLAUCHÉ, SMITH & NIESET, L.L.C.

BY: _____

THOMAS J. SOLARI (#19158)
1123 Pithon St.
Lake Charles, LA  70601
Telephone: (337) 436-0522
Facsimile:  (337) 436-9637

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, on this $5$ day of July, 2018.

_____

THOMAS J. SOLARI

| | | |
|---|---|---|
| TRACIE WARD AND RICHARD WARD | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2018-2002, DIV. D | : | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC. d/b/a L'AUBERGE LAKE CHARLES | : | STATE OF LOUISIANA |
| FILED: _8-6-18_ | : | DEPUTY CLERK |

## MOTION AND ORDER OF PARTIAL DISMISSAL

NOW INTO COURT, through undersigned counsel come plaintiffs, TRACIE WARD and RICHARD WARD, who hereby move the court to dismiss, without prejudice, the claims of TRACIE WARD and RICHARD WARD asserted against PINNACLE ENTERTAINMENT, INC. and reserving all claims against all other persons, parties and entities, named and unnamed.

WHEREFORE, TRACIE WARD and RICHARD WARD respectfully request that the court enter an order of partial dismissal dismissing the claims asserted herein against PINNACLE ENTERTAINMENT, INC. without prejudice.

Respectfully submitted,

TOWNSLEY LAW FIRM, LLP

BY: _____
JACKSON T. BROWN (#36397)
3102 Enterprise Blvd.
Lake Charles, LA 70601
Telephone: (337) 478-1400
*Counsel for Tracie Ward and Richard Ward*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

Lake Charles, Louisiana, this 23 day of _July_, 2018.

_____
JACKSON T. BROWN

Filing Date: 08/06/2018 12:00 AM
Case Number: 2018-002002
Document Name: PART.DISMISSAL/
Page Count: 1

CALCASIEU CLERK-COS
AUG 06 2018 AM 11:13:03

| | | |
|---|---|---|
| TRACIE WARD AND RICHARD WARD | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2018-2002, DIV. D | : | PARISH OF CALCASIEU |
| PINNACLE ENTERTAINMENT, INC. d/b/a L'AUBERGE LAKE CHARLES | : | STATE OF LOUISIANA |
| FILED: _8 – 6 – 18_ | : | _Judy Lavergne_ DEPUTY CLERK |

### ORDER

Considering the above and foregoing Motion for Partial Dismissal;

IT IS HEREBY ORDERED that the claims of TRACIE WARD and RICHARD WARD asserted against PINNACLE ENTERTAINMENT, INC. are hereby dismissed, without prejudice, reserving unto TRACIE WARD and RICHARD WARD all claims asserted against all other persons, parties or entitles named and unnamed.

THUS DONE AND SIGNED at Lake Charles, Louisiana this _21_ day of _August_, 2018.

_____
DISTRICT COURT JUDGE
ROBERT L. WYATT

CALCASIEU CLERK-COST
AUG 06 2018 AM11:15:19