UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**TRACIE WARD AND RICHARD WARD**  **CIVIL ACTION NO. 2:19-cv-00113**

**VS.**  **U.S. JUDGE MAURRICE HICKS, JR**

**PNK (LAKE CHARLES), L.L.C. d/b/a L'AUBERGE LAKE CHARLES**  **MAGISTRATE CAROL WHITEHURST**

## REMAND ORDER

CONSIDERING THE MOTION TO REMAND FILED BY PLAINTIFF AND THE CONSENT TO REMAND FILED BY DEFENDANT:

IT IS ORDERED that this matter is remanded to the 14th Judicial District Court in and for the Parish of Calcasieu, State of Louisiana, for further proceedings.

THUS DONE AND SIGNED in chambers at Lafayette, Louisiana, this 13th day of March, 2019.

_____
CAROL B. WHITEHURST
MAGISTRATE JUDGE

1