# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# OFFICE OF THE CLERK

March 13, 2019

H Lynn Jones, II, Clerk of Court
14th Judicial District Court
Calcasieu Parish
P O Box 1030
Lake Charles, LA 70602

---

In re: Civil Action No. 2:19–cv–00113–SMH–CBW
WARD ET AL V. P N K LAKE CHARLES L L C
Your Case No. 2018–2002–D

Dear Clerk:

Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

Please acknowledge receipt on the enclosed copy of this letter.

ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  March 13, 2019.

TONY R. MOORE
CLERK OF COURT

C Dauterive
DEPUTY CLERK OF COURT